JTM/MWS: USAO# 2017R00588

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 SEP -- PM 4:28

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

JAMIE CLEMONS,

Defendant.

\*
\*
\*
\*
\*
\*
\*
\*
\*\*\*\*\*\*

CRIMINAL NO. RDB-19-0438

(Malicious Destruction of Property by Fire, 18 U.S.C. § 844(i); Aiding and Abetting, 18 U.S.C. § 2)

## INDICTMENT

### COUNT ONE
(Malicious Destruction of Real Property by Fire)

The Grand Jury for the District of Maryland charges that:

On or about July 28, 2017, in the District of Maryland, the defendant,

**JAMIE CLEMONS,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, any building and other real and personal property used in interstate commerce and in activities affecting interstate commerce, that is, the bar known as Coconut Charlies, 9129 Fort Smallwood Road, Pasadena, Maryland 21122.

18 U.S.C. § 844(i)
18 U.S.C. § 2

_____
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

_September 11, 2019_
Date