Case 1:19-cr-00438-RDB Document 28 Filed 02/27/20 Page 1 of 2



JTM/MWS: USAO# 2017R00588

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB 27 AM 11:30

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. RDB-19-0438 |
| v. | (Malicious Destruction of Property by Fire, 18 U.S.C. § 844(i); Possession of an Unregistered Firearm/Destructive Device, 26 U.S.C. § 5841, 5861(d), and 5871; Aiding and Abetting, 18 U.S.C. § 2) |
| JAMIE CLEMONS, | |
| Defendant | |

******

## SUPERSEDING INDICTMENT

### COUNT ONE
### (Malicious Destruction of Real Property by Fire)

The Grand Jury for the District of Maryland charges that:

On or about July 28, 2017, in the District of Maryland, the defendant,

**JAMIE CLEMONS,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, any building and other real and personal property used in interstate commerce and in activities affecting interstate commerce, that is, the bar known as Coconut Charlies, 9129 Fort Smallwood Road, Pasadena, Maryland 21122, and that public safety officer, Firefighter K.G., suffered personal injury while performing duties as a direct and proximate result of the fire.

18 U.S.C. § 844(i)
18 U.S.C. § 2

## COUNT TWO
### (Possession of an Unregistered Firearm/Destructive Device)

The Grand Jury for the District of Maryland further charges that:

On or about July 28, 2017, in the District of Maryland, the defendant,

### JAMIE CLEMONS,

knowingly received and possessed a firearm, that is a destructive device, as defined in Title 26, United States Code, Section 5845(f), not registered to him in the National Firearms Registration and Transfer Record.

26 U.S.C. §§ 5841, 5861(d), and 5871
18 U.S.C. § 2

_____
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

2/27/2020
Date