IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: 1:19-CR-00438-RDB-1 |
| JAMIE CLEMONS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

EMERGENCY APPEAL OF DETENTION ORDER
PURSUANT TO 18 U.S.C. § 3145(b)

Now comes Jamie Clemons, Defendant, by his attorneys, Howard L. Cardin and Cardin & Gitomer, P.A. and David N. Mabrey, and appeals the Order of detention dated April 6, 2020, by Magistrate Judge Beth P. Gesner and requests that this Honorable Court schedule a hearing and revoke the order of detention, pursuant to 18 U.S.C. § 3145(b). Reasonable conditions of release should be set according to the factors of 18 U.S.C. § 3145(c), and pursuant to the recent directive of Attorney General Barr to reduce inmate populations at high infected facilities. The Correctional Treatment Facility in Washington, D.C. (CTF) has become an incubator for the novel COVID-19 pandemic. [1] As of April 2, 2020, there are at least seven positive cases of COVID-19 in Mr. Clemons' tier (C4C). These numbers increase every day. Counsel is seeking additional information and will update the Court as more information becomes available. Mr. Clemons is 36 years old and is accused of Arson related offenses. Upon release on electronic monitoring, he would reside with his brother and sister-in-law, James & Jessica Clemons, 2006 Mc Kinnon Lane, Pasadena, MD 21122. James and Jessica Clemons have agreed to be 3rd party custodians. Pretrial

---

[1] See Khalida Volou, 'We are afraid' Inmates, officers not protected against COVID-19 at DC jail, DC correctional officials allege, WUSA9(April 1, 2020), http://www.wusa9.com/article/news/health/coronavirus/dc-department-of-corrections-announces-lawsuit-filed-against-jail/65-300b86ac-590e-4b35-93f0-713cldf5a7a3 (citing the increasing number of positive COVID-19 cases reported in D.C. correctional facilities).

Services (Danielle Sanger) has found the Clemons' as well as the address to be suitable, but continue to recommend detention.

In support of this appeal, Counsel submits media articles which have been supplied to them. (See attached)

/S/
_____
HOWARD L. CARDIN
Federal Bar No. 00459
309 Allegheny Avenue
Towson, MD  21204
410-727-3868
HLCardin@aol.com

/S/
_____
DAVID N. MABREY
8611 Fort Smallwood Road
Pasadena, MD  21122
443-848-2878
davidnmabreylaw@gmail.com

Attorneys for Defendant

CERTIFICATE OF MAILING

I hereby certify that on this 8th day of April, 2020, I filed the above electronically with the Clerk of the United States District Court using CM/ECF with copies to all counsel of record.

/S/
_____
HOWARD L. CARDIN