# NATIONAL CERTIFICATION BOARD

### RECERTIFICATION

THE UNDERSIGNED HAS BEEN EVALUATED AND FOUND TO MEET THE RECERTIFICATION CRITERIA SET BY THE NATIONAL CERTIFICATION BOARD. THIS RECERTIFICATION HAS BEEN DULY LISTED IN THE NATIONAL CERTIFICATION REGISTRY OF THE

## NATIONAL ASSOCIATION OF FIRE INVESTIGATORS, INTERNATIONAL

### Raymond C. O'Brocki III
### Certified Fire and Explosion Investigator

Number: 7488-2860
Through: 10/31/2025

THE NATIONAL ASSOCIATION OF FIRE INVESTIGATORS, INTERNATIONAL IS A NON PROFIT ORGANIZATION INCORPORATED IN JUNE, 1961. ITS PRIMARY PURPOSES ARE TO INCREASE THE KNOWLEDGE AND IMPROVE THE SKILLS OF PERSON ENGAGED IN THE INVESTIGATION OF FIRES, EXPLOSIONS, ARSON, SUBROGATION, AND RELATED FIELDS, OR IN THE LITIGATION WHICH ENSUES FROM SUCH INVESTIGATION.



NATIONAL ASSOCIATION OF
FIRE INVESTIGATORS, INTERNATIONAL
4900 Manatee Ave. West, Suite 104
Bradenton, FL 34209