# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| v. | * | **CRIMINAL NO. RDB-19-0438** |
| **JAMIE CLEMONS,** | * | |
| Defendant. | * | |
| | ****** | |

## ORDER

For public health reasons, and pursuant to 28 U.S.C. § 1871(e), the Court finds it necessary to partially sequester the jurors in this case and direct the Clerk to provide meals for their convenience and comfort. Accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 1871(e), all jurors are to be kept together and not to separate each day while on jury duty in this Courthouse for their safety and security; and it is further

ORDERED that the Clerk shall procure such meals as necessary to sustain the jurors during the course of trial.

Date:  __3/30/2021__

/s/_____
Richard D. Bennett
United States District Judge