## Complainant Information

| Source | LegacySystem ▾ |
|---|---|

## Case Information

| Complaint | Building ▾ | UB | ▾ |
|---|---|---|---|

| Summary | UNSAFE, FIRE |
|---|---|

| Address | 🔍 300090018604 |
|---|---|

|  | 9131 | FT SMALLWOOD | RD |
|---|---|---|---|
|  | PASADENA | State | 21122 |

| Subdivision | ROCK CREEK |
|---|---|

| Location Details | 9129 FT SMALLWOOD RD |
|---|---|

| Received Date | 🕐 07/28/2017 09:47 AM | System ID | 68643 |
|---|---|---|---|
| Tickler Date | 🕐 01/21/2019 02:00 PM | Case ID | B-2017-529 |
| Completed Date | 🕐 01/18/2019 09:38 AM | | |
| Receiver | CHRISTINA BRAUN ▾ | | |

## Owner Information

| First Name | Last Name | (XXX)-XXX-XXXX |
|---|---|---|

Owner, Second Name

| Company Name | Email |
|---|---|

| Address | House Number | Street Name | Street Type |
|---|---|---|---|
|  | City | State | Zip |

## Violator Information

Set Violator Same as Owner

| JACKSON RALPH G | Last Name | (XXX)-XXX-XXXX |
|---|---|---|

JACKSON PATRICIA A

Company Name

| Address | House Number | 9131 FT SMALLWOOD RD | Street Type |
|---|---|---|---|
|  | PASADENA 21122 | State | Zip |

## Assignment Information

Date Assigned          🕐   07/28/2017 12:00 AM

Inspector          CHARLES SCHINDLER (209) (curren ▼     Supervisor        Select:                                          ▼

Permit Number                                                        Waterfront          N                    ▼

Original Case ID                                                     Critical Area       N                    ▼

ADC Map                                                              Cty. Council        N                    ▼

Case Organization

## Case Details

UNSAFE, FIRE

## Active Permit Application Information

| Type | Permit # | Status |
| --- | --- | --- |
| B | 2247289 | Completed |
| B | 2346891 | Pending |
| B | 2348985 | Completed |
| B | 2351762 | Pending |
| E | 2132499 | Completed |
| E | 2214286 | Completed |
| P | 2162925 | Completed |
| P | 2216797 | Expired |
| T | 2038567 | Completed |
| T | 2040756 | Completed |

## Other Cases On This Property

| Case # | Received Date | Status | Summary |
| --- | --- | --- | --- |

## Related Cases

type a case number or click to see related cases

Closed          ▼

# Case Timeline

*Last updated on Jan 14, 2019 by CHRISTINA BRAUN*



### CLOSE COMPLAINT

B02348985 CMP: 01/18/19

JANUARY 18, 2019 by: IPBRAU06



### REINSPECTION

HAS STRUCTURE BEEN REMOVED. PLEASE OBTAIN NEW PICTURES

JANUARY 14, 2019 by: IPBRAU06



## MONITORING

OCTOBER 2, 2018 by: IPBRAU06



## MONITORING

MAY 30, 2018 by: undefined

## Note

PERMIT APPROVED. MONITOR FOR INSPECTIONS AND COMPLETION

MARCH 5, 2018 by: undefined

## Note

COMLTR: 12/12/17

JANUARY 5, 2018 by: undefined

## PENDING PERMIT REVIEW

B02351762 RPLC ENTIRE ROOF*FIRE DAMAGE*,RPLC NON-STRUCTL WALL,LEVEL TOP PLATE AS NEEDED TO ACCOMODATE NEW TRUSSES(INTERIOR RNVTNS REQUIRE SEPERATE PERMIT) APP: 12/01/17

DECEMBER 4, 2017 by: undefined

## PERMIT ISSUED

B02348985 ISS: 09/08/17

OCTOBER 3, 2017 by: undefined

## FIRST LETTER SENT

AUGUST 29, 2017 by: undefined

 **OPENED COMPLAINT CASE**

JULY 28, 2017 by: undefined

*Created on Jul 28, 2017 by CHRISTINA BRAUN*

# Building Section Complaint

| | | | |
|---|---|---|---|
| Case ID: | B - 2017 - 529 | Location: | 9131 FT SMALLWOOD RD |
| Tax ID: | 300090018604 | | ROCK CREEK PASADENA 21122 |
| Received: | 7/28/2017 | Details: | 9129 FT SMALLWOOD RD |
| Tickler: | 8/7/2017 | Completed: | |
| | UB | | UNSAFE, FIRE |

| | | | |
|---|---|---|---|
| Receiver: | CHRISTINA BRAUN | Inspector: | CHARLES SCHINDLER (209) |
| Date Assigned: | 7/28/2017 | Permit Number: | Original ID: |
| ADC Map: | | Related Cases: | |
| Water Front: | N | Critical Area: N | Violation: |
| Cty. Council Ind: | N | Case Org: | |
| Complainant: | | | |

Owner Information

| | | Violator Information | |
|---|---|---|---|
| Owner 1: | JACKSON RALPH G | Violator 1: | JACKSON RALPH G |
| Owner 2: | JACKSON PATRICIA A | Violator 2: | JACKSON PATRICIA A |
| Address: | 9131 FT SMALLWOOD RD | Address: | 9131 FT SMALLWOOD RD |
| | PASADENA 21122 | | PASADENA 21122 |

Phone:

| State Map: | 18 | | 01 | 0008 | County Map: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Map No: | Suffix | Block | Parcel | | Plat | Sect | Block | Lot No |

| Date | Event | Due Date | Request for Trial Date |
|---|---|---|---|
| 7/28/2017 | OPENED COMPLAINT CASE | 8/4/2017 | |

Posted unsafe 7/28/17

Demo + rebuild

8-3-17  1ST LETTER

Charles Schindler

```
IPD993C/MS99              BROWSE PERMITS BY TAX ACCOUNT          PAGE 001 OF 001
LINE ACCT NUMB PRMT NBR STATUS      PROPOSED USE
1 300090018604 B02247289   C  "COCONUT CHARLIE'S" INTERIOR ALTERATIONS TO EX
                              TENANT: COCONUT CHARLIE'S
2 300090018604 B02346891   P  REMOVE EX. RAMP & RPL. WITH 16X18 DECK & (2) NEW
                              TENANT: COCONUT CHARLIES
3 300090018604 E02132499   C  CATV -FRONT OF ABOVE ADDRESS
                              TENANT:
4 300090018604 E02214286   C  REWIRE LIGHTS & RECEPT IN BAR & INSTALL FIRE
                              TENANT: COCONUT CHARLIE'S
5 300090018604 P02162925   C  INSTALL NEW DRAIN PIPE & WATER SUPPLY TO BAR AREA
                              TENANT: COCONUT CHARLIE'S
6 300090018604 P02216797   E  Replacement of Existing Fixtures
                              TENANT:
7 300090018604 T02038567   C  INSTALL 500 GALLON GREASE TRAP
                              TENANT:
8 300090018604 T02040756   C  1500 GALLON TANK
                              TENANT:
9
                              TENANT:        .
                                                   ACCOUNT HAS EXPIRED PERMIT(S)
   LINE NUMBER (1-9)/PAGE (B,F)   F     PAGE NUMBER    000    HIT ENTER
                                        F10=RETURN    F11=CPF MENU   F12=PIPS MENU
```

**END OF REPORT**

*AACO\ipbrau06 @ IPC06362 2017-07-28 09:46:44*

```
PAGE NUMBER 1           MAP   BLK   PARCEL PLAT SECT   BLOCK      LOT      DEED REFER
     3000-9001-8604      18    01   0008                                   06560-718
                                              PREMISE ADDRESS
JACKSON RALPH G                        9131 FT SMALLWOOD RD
JACKSON PATRICIA A                                                          PLAT REFER
                                       PASADENA MD 21122
       MAILING  ADDRESS                                           GENERAL CODES
9131 FORT SMALLWOOD RD                     2 ACRES            EXEMPT DATE CD   CL
                                       9131 FT SMALLWOOD RD                    000
PASADENA                MD 21122       ROCK CREEK                  USE CODE   C
                                                                  H O CODE
              LAND     BUILDINGS      TOTAL   PREFER LAND   CURTILAGE   OWN OCCUP  D
CUR     150,000     225,400      375,400                  130,100   AG TRSF TX
1       150,000     225,400      375,400                  130,100 AG DAT
2       150,000     225,400      375,400                  130,100 REASSESSMENT
3       150,000     225,400      375,400                  130,100 PH 07-01-2015
BASE    187,400     214,600      402,000                  141,300 ASSR     0283
HST     150,000     225,400      375,400                  130,100 GEO CODE    1
PREV ACCOUNT NO          PREVIOUS OWNER        TRNS NO             G F 1.000000
3000-9001-8604      JACKSON, CHESTER W            01351            PGF 1.000000

FOR A DIFFERENT PAGE HIT ENTER ELSE HIT  F1-MENU   F2-WB  F3-UTIL   F4-LIEN
F5-USE F6-NAME F7-LOCAT F8-HLTH F9-PREM F10-MORE F11-FF/CAP              F
```

*AACO\ipbrau06 @ IPC06362 2017-07-28 09:46:51*

```
PAGE NUMBER 2                              *   PROPERTY CHARACTERISTICS   *
  3000-9001-8604                         STRUCTURE CODE
TXBL IND                  1              YEAR BUILT                    1950
TXBL ASSMT          352,576             AMENITY CODE           ZONING
                                        LAND AREA                    2.000   ACRES
*   CURRENT SALES DATA   *              MAIN BUILDING AREA          5179    SQ FT
  TRANSFER NUMBER       01351           NUMBER LOTS
  TRANSFER DATE    02-09-1994
  CONSIDERATION
  MORTGAGE
  GROUND RENT
  HOW CONVEYED              4
  T/P CONVEYANCE            T

  6 MONTHS ONLY                            *   WATER/SEWER DATA   *
  NEW CONSTRUCTION             WATER TYPE
  INC OTHER PROPERTY           SEWER TYPE 2 SEPTIC         SEWER UNITS   001
                                       *  W A S T E   D A T A  *
                               AACO      001  ANNAPOLIS 000  ZONE


FOR A DIFFERENT PAGE HIT ENTER ELSE HIT   F1-MENU   F2-WB   F3-UTIL   F4-LIEN
F5-USE F6-NAME F7-LOCAT F8-HLTH F9-PREM F10-MORE F11-FF/CAP         B
```



**ANNE ARUNDEL COUNTY MARYLAND**

Department of Inspections and Permits
2664 Riva Road, Annapolis, Maryland 21401
410-222-7790

## DAMAGE INSPECTION REPORT

Date July 28, 2017

Immediate Action Required on Number _____
Building Address: 9129 Fort Smallwood Road
Use Group: ☐ Single Family ☑ Other    Bar
Construction Type: ☑ Wood Frame ☐ Masonry ☐ Other

1. **Building Condition:** ☐ Safe For Occupancy    ☐ Habitable, Repairs Necessary
   ☐ Uninhabitable - Keep Out   ☑ Demolition Recommended

2. **Exterior Wall Condition:** (Y) Damage N
   ☑ Windows Gone  ☑ Siding Damage  ☑ Holes In Wall
   ☐ Wall Bowed (which wall) _____  ☐ Wall Unsafe (which wall) _____
   ☐ Wall Gone (which wall) _____  ☐ Comment _____

3. **Roof Condition:** (Y) Damage N
   ☑ Holes In Roof  ☐ Shingle Damage  ☑ Structural Damage  ☑ Roof Unsafe  ☐ Roof Gone
   ☐ Comment _____

4. **Foundation Condition:** Y Damage (N)
   ☐ Crawl Space  ☐ Basement  ☐ Building Shifted  ☐ Building Off Foundation
   ☐ Foundation Cracked (which walls) _____
   ☐ Comment _____

5. **Floor Condition:** First Floor (Y) Damage N ☐ Holes In Floor ☐ Floor Shifted ☐ Structural Damage
   Second Floor Y Damage N ☐ Holes In Floor ☐ Floor Shifted ☐ Structural Damage
   ☐ Comment _____

6. **Interior Bearing Walls:** (Y) Damage N ☐ Shifted ☐ Structural Damage
   ☐ Comment _____

7. **Heating System:** (Y) Damage N ☑ Duct Damage ☑ Appliance Damage
   ☐ Comment _____

8. **Plumbing System** (Y) Damage N ☑ Fixture Damage ☐ Piping Damage
   ☐ Comment _____

9. **Electrical System:** Y Damage N ☑ Fixture Damage ☑ Circuit Breaker Box Damage
   ☐ Comment _____

10. **Utilities Condition:** Gas: (Y) Damage N   Water: Y  Damage N   Electric: (Y) Damage N
    ☐ Comment _____

11. **Additional Comments:** _____
    Demo + Rebuild Needed
    _____
    _____
    _____

Inspector _____   7/28/17

insp/letters/damage   Revised 01-05-2004
















2664 Riva Road
Annapolis MD 21401
www.aacounty.org/ip
Phone: (410) 222-7790

**Daniel L. Kane, Director**

---

## NOTICE OF UNSAFE STRUCTURE

August 30, 2017

Ralph G Jackson
Patricia A Jackson
9131 Ft Smallwood Rd.
Pasadena MD 21122

RE:   Unsafe Structure – 9131 Ft Smallwood Rd.
      Tax Account # 3000-9001-8604

Dear Mr. and Mrs. Jackson:

Pursuant to an investigation conducted by this department the structure located at the above referenced address was found to be unsafe and open to casual entry. Therefore, in accordance with Section 115.1 and 115.8 of the 2015 Anne Arundel County Construction Code, you are hereby ordered to raze and secure this structure on or before **October 2, 2017**. Building Permits will be required to raze this structure. All remaining debris shall be removed to an approved facility.

You are required pursuant to the Anne Arundel County Building Code Section 104.3 to immediately contact me to indicate your acceptance or rejection of this order. Your response must be in writing and be received within ten working days of receipt of this letter.

Any action taken by Anne Arundel County to make the structure safe or to demolish the unsafe structure shall constitute a lien on the land improvements and such lien may be enforced by sale of the property in accordance with the provisions of the Tax-Property Article, Annotated Code of Maryland. Your cooperation is appreciated. If you should have any questions, please contact me at 410-222-7737.

Respectfully,

William R. Bryant, MCO
Assistant Director, Inspections and Permits

WRB/CLB  B-2017-0529



**Daniel L. Kane, Director**

2664 Riva Road
Annapolis MD 21401
www.aacounty.org/ip
Phone: (410) 222-7790

## NOTICE OF UNSAFE STRUCTURE

August 30, 2017

Ralph G Jackson
Patricia A Jackson
9131 Ft Smallwood Rd.
Pasadena MD 21122

RE:   Unsafe Structure – 9131 Ft Smallwood Rd.
      Tax Account # 3000-9001-8604

Dear Mr. and Mrs. Jackson:

Pursuant to an investigation conducted by this department the structure located at the above referenced address was found to be unsafe and open to casual entry. Therefore, in accordance with Section 115.1 and 115.8 of the 2015 Anne Arundel County Construction Code, you are hereby ordered to raze and secure this structure on or before **October 2, 2017**. Building Permits will be required to raze this structure. All remaining debris shall be removed to an approved facility.

You are required pursuant to the Anne Arundel County Building Code Section 104.3 to immediately contact me to indicate your acceptance or rejection of this order. Your response must be in writing and be received within ten working days of receipt of this letter.

Any action taken by Anne Arundel County to make the structure safe or to demolish the unsafe structure shall constitute a lien on the land improvements and such lien may be enforced by sale of the property in accordance with the provisions of the Tax-Property Article, Annotated Code of Maryland. Your cooperation is appreciated. If you should have any questions, please contact me at 410-222-7737.

Respectfully,

William Bryant

William R. Bryant, MCO
Assistant Director, Inspections and Permits

WRB/CLB   B-2017-0529

209

## Complaint Case # B-2017-529

| Case Information | Assignment Information | Case Details | Events | Attachments | Related Information |

Event Type    REINSPECTION                                                ▼    **NEW EVENT**

Date          🕐  01/14/2019 02:00 PM                      Fine         $   0

Due Date      🕐  01/21/2019 02:00    [UPDATE TICKLER DATE]    Amount Paid   $

Req Trial Date    🕐   01/14/2019 02:00 PM          Fine Due Date   🕐   01/14/2019 02:00 PM

                                                    Fine Paid Date   🕐

Details    HAS STRUCTURE BEEN REMOVED, PLEASE OBTAIN NEW PICTURES

Demo permit issued on 9/8/17
Demo completed & permit finaled
January 17, 2019







```
IPD131C/MS3A          DISPLAY PERMIT INFORMATION     BUILDING PERM   OFFICE A
                      =========================      NBR B02348985   INIT LED1253
============PROPERTY==============          NXT B02348986
9131 FT SMALLWOOD RD                  ===========CONTRACTOR/LICENSEE=============
PASADENA MD 21122            OWNER
TAX ACCT NBR 3000 - 9001 - 8604     XXXXXXXXXXXXXXXXXXX
SUBDIV: ROCK CREEK          XXXXXXX, XX 11111
TAX MAP   18   ACREAGE   2.000   PHONE         -        LIC # CTR  - 003157
BLOCK(ST) 01    LOT
PARCEL   0008   SECTION
DEED  06560-718  BLOCK
PR DESC:      2 ACRES
==================================
ADC      -        TENANTS COCONUT CHARLIE'S
LOCATION  9129 FT SMALLWOOD RD
TYPE OF IMPROVEMENT:  DEM      TYPE OF USE:    RES
PROPOSED USE.....: DEMOLISH TO FOUNDATION,RVSD 1/5/18(KM),
PROPSD WORK LINE1: ADD DEMOLITION OF FOUNDATION-RV 4/18/16*LD*
          LINE2:
PERMIT DATES.....: APP: 09/08/17  ISS: 09/08/17  CMP: 01/18/19  EXP:
                  INT:                           ACTIVE VIOLATION EXISTS
CURRENT STATUS...: C  REV IND:    RNW:          PROJECT #:
PF2=FWD  PF3=PROJ  PF4=INSP HIST  PF5=APPR  PF7=LIC  PF9=NEXT    PF12=EXIT
```





# Building Permit Application

Permit Center
2664 Riva Road
Annapolis MD 21401

| Permit Number B 0234689 | Fee 75.00 | #8847 |

| Date 6-23 2017 | Tax Acct # 3-000-9001-8604 | Perc # | | UA/PWA# |

| Site Address 9131 FT Smallwood | | Map | Block | Parcel | Lot(s) |

| City Pasadena | State MD | Zip 21122 | Subdivision |

| Suite # | Tenant Name | Tenant Location |

## Property Owner Information

**Company Name**

**Name** Jackson Ralph

**Mailing Address** 9131 FT Smallwood Rd

**City** Pasadena **State** MD **Zip** 21122

**Telephone**

**Email**

## Contractor's Information

**Lic Type & #** | **Company Name**

**Name**

**Mailing Address**

**City** | **State** | **Zip**

**Telephone**

**Email**

## Applicant Information

**Company Name** Permit Services, Inc.   # 805

**Name** Brenda Fraley Garver & Samantha Mullinix

**Mailing Address** 2011 Fraley Lane

**City** Pasadena **State** MD **Zip** 21122

**Telephone** office: 410-360-2228   fax: 410-360-6928

**Email** permitservicesinc@comcast.net & smmullinix1231@comcast.net

## Engineer Information

**Company Name**

**Name**

**Mailing Address**

**City** | **State** | **Zip**

**Telephone**

**Email**

## Architect Information

**Company Name**

**Name**

**Mailing Address**

**City** | **State** | **Zip**

**Telephone**

**Email**

## Permit Type-Check One

☐ New
☐ Addition
☐ Alteration/Repairs
☐ Sign

☐ Sprinklers
☐ Accessory Structure- indicate heights of:

Principal _____ ft _____ In

Accessory _____ ft _____ In

Is this permit application to resolve a violation?
☐ Yes   ☐ No

**Describe Proposed Work:** Remove + Replace HC Ramp Access to make A place of Refuge / 8" or Below Ggrade Deck 16' x 18 w/ Rails Around Entire Deck

revised 8/7/14 jpr

## Residential Building Permit Application Details

### Property Details

| | | | | |
|---|---|---|---|---|
| Corner Lot | ☐ Yes | ☒ No | Public Water | |
| Waterfront | ☐ Yes | ☒ No | Public Sewer | |
| Critical Area | ☐ Yes | ☒ No | Well | |
| Bog Area | ☐ Yes | ☒ No | Septic | |
| ADC Map | | | Mayo System | ☐ |
| Zoning Classification | R - | | | |
| Name of Waterway | | | | |

### Construction Details

| | Width | | Length | Total Sq. Ft. |
|---|---|---|---|---|
| Unfinished Basement | | X | | |
| Finished Basement | | X | | |
| 1st Floor | | X | | |
| 2nd Floor | | X | | |
| 3rd Floor | | X | | |
| Garage/Carport | | X | | |
| Porch | | X | | |
| Deck | 16 | X | 18 | 280 |
| Shed | | X | | |
| Other | | | | |
| Total Square Footage | | | | |
| Total Finished Area- per ANSI Z765-2003 | | | | |
| Cost of Work | | | $ | 2500 00 |
| Grading Permit # | | | N/A | |

Proposed Work to include (check all that apply):

Sprinklers ☐ Yes ☒ No      Plumbing ☐ Yes ☒ No
Electric ☐ Yes ☒ No        Heating/AC ☐ Yes ☒ No

### Building Characteristics

| | | |
|---|---|---|
| Bldg Height: | Existing | Proposed |
| Number of Stories | | |
| Number of Bedrooms | | |
| Number of Baths | | |
| Smoke Detectors | | |
| Carbon Monoxide Detectors | | |
| Fireplace | | |
| Heating Fuel Type/AC | | |

## Commercial Building Permit Application Details

| | | |
|---|---|---|
| Use Group | Heating Fuel | |
| Construction Type | Number of Stories | |
| Existing Use | Building Height: Existing | Proposed |
| Proposed Use | Number of Fire Alarms | |
| Number of Elevators | Total Square Footage | |
| Number of Standpipes | Sprinklered Area Square Footage | |
| Smoke Detectors | | |

The applicant hereby certifies as follows: 1) that he/she is authorized to make this application; 2) that all information provided by the applicant, whether on an original application or on an application for a revision, is true and correct, including all information on any attachments hereto; 3) that, on an application for revision and all attachments thereto, he/she has brought to the attention of the Permit Center all changes being made from the original application and attachments thereto by highlighting those changes on this form and the attachments; 4) that he/she will comply with all regulations of Anne Arundel County which are applicable hereto; 5) that he/she will perform no work on the above property not specifically described in this application; 6) that he/she grants County officials the right to enter onto the property for the purpose of inspecting the work permitted and posting notices.

Signed _____   Date: 6/20/2017
                    Owner/Agent

Print Name: Brenda Fraley Garver

Many subdivisions and neighborhoods within Anne Arundel County have private deed restrictions or covenants regulating building construction. Anne Arundel County staff will not determine whether or not the work covered by the permit satisfies these covenants. Obtaining a building permit does not relieve the homeowner of his responsibility for determining the nature of applicable covenants and private deed restrictions and complying with covenants. It is recommended that the Land Records Office of the Anne Arundel County Clerk of the Court's office be checked to determine whether or not covenants or restrictions exist that regulate the proposed work. You may also wish to check with your Civic or Homeowner's Association to see if other restrictions apply.

# Anne Arundel County, Maryland
## Cash Receipt

L&P  1253                                    07/10/2017

| | | |
|---|---|---|
| **DEPT/BUSINESS UNIT NUMBER** | **DATE** | |
| **DEPT/BUSINESS UNIT NAME** | PERMIT APPLICATION CENTER | |
| **RECEIVED OF** | COCONUT CHARLIES LLC | |
| **ISSUED BY** | GLJ1253 | |
| | 20567441/B02346891 | **DISTRIBUTION** |
| **PAID BY**<br>(SEQUENCE/PERMIT NUMBER) | | ACCOUNTING.....WHITE<br>CASHIER...........YELLOW<br>ISSUING DEPT.....PINK<br>CUSTOMER........GOLDENROD |

| ACCOUNT NUMBER | SUBS./LEDGER TYPE<br>REF 1 | VENDOR NO<br>REF 2 | DESCRIPTION<br>REF 3 | AMOUNT |
|---|---|---|---|---|
| 1253.5883 | | 20567441/B02346891<br>DECK<br>DECK | | 50.00 |
| 1253.5882 | | 20567441/B02346891<br>DECK<br>BLDG APP FEE | | 25.00 |

**VALIDATION**

RIVA
07/10/17 14:39
ANNE ARUNDEL COUNTY, MD
MISC REVENUE
\$ 75.00
\$ 9934518
Date / Time
Payment
Receipt #
Check/Credit Card #: 8847

**TOTAL**

75.00

Anne Arundel County Permit Application Center
SITE REVIEW FIELD REPORT

DUE DATE          2017/07/24

District 1          3000·9001·8604          APPLICATION DATE 2017/07/10
Permit# B02346891                    Address: 9131 FT SMALLWOOD RD

TaxMap 18  Block 01   Parcel0008 Lot   Owner: JACKSON RALPH G          21122
  PROP DESC    2 ACRES                    Subd: ROCK CREEK

Proposed Work REMOVE EX. RAMP & RPL. WITH 16X18 DECK & (2) NEW
              4X8 RAMPS

STREET _____   SURFACE___ WIDTH___ DRAINAGE CONTROLS_____

_____

Comments on roads/drainage/traffic: _____

Waterfront (M) Critical Area      Non tidal Wetlands  Yes No Possible NO ONSITE
Driveway Improvements                         Design Plate      SW
Sight Distance Right      Left        Obstructions
Inspectors Comments: LOD = 500# PER SC5

_____

Inspector _____          DATE 7/17/2017

*************************************************************************
Review Engineer Comments: _____

SWM Required  Yes No  C.A.Designation _____
 Area of Disturbance _____

  Review Engineer _____          DATE _____

GJ



**ANNE ARUNDEL COUNTY**
**M A R Y L A N D**
Heritage Office 2664 Riva Road
Annapolis, Maryland 21401

**DEPARTMENT OF INSPECTIONS & PERMITS**
**STANDARD GRADING PLAN APPLICATION**

PERMIT APPLICATION CENTER 410-222-7720
EROSION & SEDIMENT CONTROL 410-222-7780

Tax Account Number - 3-000 -9001 -6604    Building Permit # B02346891

Subdivision Name *(if applicable)* Rock Creek    Lot _____    Block _____

Location 9131 FT Smallwood Rd Pasidena MD 21122
         Number   Street                              Post Office

Owner Jackson, Ralph
      Name                                    Phone
      9131 - FT Smallwood Rd Pasadena MD
      Address                          State        Zip
      Demove old Ramp                              21122

Proposed Work Construct A HC Ramp + Decking
No more than 8" above grade For SAfe Access.

Critical Area Designation N/A    Distance from water to disturbed area N/A ft.

Steepest slope disturbed 1 % Lot size 2 Acres    Area to be disturbed 500 sq. ft.

I/we certify that I/we have the authority to make this application; that the proposed work is authorized by the owner in fee; that the information above is correct and that I/we have chosen this method to satisfy our sediment control obligation. I/we certify that the proposed construction meets the conditions and limitations established and contained in the Anne Arundel Soil Conservation District's Standard Sediment and Erosion Control Plan www.aacounty.org/IP/Resources/SGP.pdf; and I/we have the ability and will meet all the limitations and conditions set forth by said plan.

Applicant's Signature _Wanda Garner_    Date 6·22·2017

Applicant's Name *(Please Print)* Permit Services INC.
                                  Company Name -- If a Corporation

Approved - Compliance with the Standard Erosion Control Plan for Anne Arundel County, and:

☐ the attached Standard Plan becomes part of the building permit and is subject to any special conditions listed below.

☐ the attached Standard Plan allows for site grading without a separate grading permit and is subject to any special conditions listed below. Approval is granted for one year unless otherwise noted.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ Not Approved - Grading permit required. Site fails to meet the conditions as detailed in Anne Arundel Soil Conservation District Resolution 2010-5

Inspector _Sharon Jacob_                                      7/13/2017
          Sign and Print Sharon Jacob                         Date

SPECIAL CONDITIONS:

_____

_____

Revised March 2012/jpr



# DECK CONSTRUCTION GUIDE
## 2015 International Residential Code GRAD.

**BUILDING PERMIT #:** B023-68991

Prohibited ledger attachments. The ledger board attachment conditions shown below are prohibited. In such cases, the deck shall be free-standing.



**FIGURE 19: PROHIBITED LEDGER ATTACHMENTS**

## SECTION 19: LEDGER BOARD FASTENERS

General requirements. Ledger board fasteners shall be installed in accordance with this section. Fasteners and spacing shall be in accordance with FIGURE 16 and TABLE 5. Only those fastener types noted herein are approved for use; lead anchors are prohibited. Adequacy of connections will be verified by county inspectors.



**FIGURE 16: LEDGER BOARD FASTENER SPACING AND CLEARANCES**

**TABLE 5: LEDGER BOARD FASTENER SPACING ON CENTER**

| Fastener | Band Board | Joist Span less than or equal to |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  | 6' | 8' | 10' | 12' | 14' | 16' | 18' |
| Lag Screw | BWP | 24" | 18" | 13" | 12" | 10" | 9" | 8" |
|  | 2x lumber | 30" | 23" | 18" | 15" | 13" | 11" | 10" |
| Through Bolts | BWP | 24" | 18" | 14" | 12" | 10" | 9" | 8" |
|  | 2x lumber | 36" | 36" | 34" | 29" | 24" | 21" | 19" |
| Wood Screw | 1 BWP | 18" | 13" | 11" | 9" | 8" | 7" | 6" |
|  | 2x lumber | 19" | 14" | 11" | 9" | 8" | 7" | 6" |
| Expansion Anchors |  | 36" | 36" | 34" | 29" | 24" | 21" | 19" |
| Adhesive Anchors |  | 32" | 32" | 32" | 24" | 24" | 16" | 14" |

Through-bolts. Through-bolts shall have a minimum ½-inch diameter. Pilot holes for through-bolts shall be 9/16-11/16 inches in diameter. Through-bolts must be equipped with washers at the bolt head and nut. Bolts should be tightened six or 72 months after installation due to drying and wood shrinkage.

Expansion anchors. Expansion anchors shall be used only when attaching a ledger board to a concrete or solid masonry wall as shown in FIGURE 13. The bolt or threaded rod of expansion anchors shall have a ½-inch diameter minimum; in some cases, this may require a ¾-inch anchor size. Expansion anchors must be installed per manufacturer's instructions and shall be equipped with washers.

Adhesive anchors. The adhesive anchors listed in TABLE 6 with a minimum ½-inch diameter threaded rod shall be used when attaching to hollow masonry as shown in FIGURE 14. Adhesive anchors are also permitted with concrete or solid masonry installations. Anchors shall be installed per manufacturer's instructions and shall be equipped with washers. Adhesive anchors must be retrofit on the jobsite for inspector verification.

**TABLE 6: APPROVED ADHESIVE ANCHORS**

| Manufacturer | Product |
|---|---|
| ITW Ramset/Red Head | Epoxy-Acrylic 7 |
| Hilti | HY-20 |

Lag screws. Lag screws shall be hot-dipped galvanized or stainless steel with a ¼-inch minimum diameter. Length and shank requirements shall be in accordance with FIGURE 17. Lag screws shall be equipped with washers and installed in the sequence below.

1. Drill a ¼-inch diameter hole in the ledger board and a 7/32-inch diameter pilot hole into the solid connection material of the existing house.
2. Insert the lag screw through the ledger board and into the pilot hole by turning. Do not drive with a hammer. Use soap or a wood-compatible lubricant as required to facilitate tightening.
3. Tighten each lag screw snugly, but do not over-tighten so as to cause wood damage.



**FIGURE 17: LAG SCREW**

Wood screws. The wood screws listed in TABLE 7 with a ¼-inch diameter may be used to attach to wood-framed construction. Wood screws shall have a sufficient length to fully penetrate the existing house band board. Installation shall be in conformance with the manufacturer's instructions.

**TABLE 7: APPROVED WOOD SCREWS**

| Manufacturer | Product |
|---|---|
| FastenMaster | LedgerLok |
| Simpson Strong-Tie | Strong-Drive Screws (SDS, SDW) |

**FIGURE 18: FOOTINGS**





**FIGURE 12: LEDGER BOARD-TO-BAND BOARD ATTACHMENT**

**FIGURE 13: LEDGER BOARD-TO-SOLID FOUNDATION ATTACHMENT**

**FIGURE 14: LEDGER BOARD-TO-HOLLOW FOUNDATION ATTACHMENT**

## SECTION 13: LATERAL SUPPORT

All decks greater than 30 inches above grade must resist lateral load using one of the applicable methods noted below.

**Method 1) Tension-ties:**



**FIGURE 21: TENSION-TIE CONNECTION**

**FIGURE 22: TENSION TIES ON UNDERSIDE OF DECK JOISTS**

**Method 2) Diagonal bracing:**



**FIGURE 23: DIAGONAL BRACING AT BEAM-POST LOCATIONS**

**TABLE 4: FOOTING SIZE**

| Beam Span less than or equal to | Joist Span less than or equal to | Size of Square | Size of Round | Minimum Thickness |
|---|---|---|---|---|
| 8' | 10' | 16" | 18" | 8" |
|  | 14' | 16" | 18" | 8" |
|  | 18' | 16" | 18" | 8" |
| 12' | 10' | 16" | 18" | 8" |
|  | 14' | 16" | 18" | 8" |
|  | 18' | 20" | 22" | 10" |
| 17' | 10' | 20" | 22" | 10" |
|  | 14' | 20" | 22" | 10" |

16



EXISTING BUILDING

EXISTING DOOR 36"

RAIL

RAIL

RAIL → GRADE
8"

RAMP

4'

4' RAIL

2x10 LEDGER BOARD

EXISTING Fence

18'

RAIL

RAIL

RAIL 8"

RAMP

GRADE

4'

4'

RAIL

16'

36 "HIGH RAILS ALL AROUND DECK
6x6 POST ON
24"x24" x30 CONC.
FTG @ 30" BELOW GRADE

ALL WOOD TO BE PRESSURE TREATED



# Building Permit Application

**REVISED**
4/16/10

**Permit Center**
2664 Riva Road
Annapolis MD 21401

| | |
|---|---|
| Permit Number: 1502351762 | Fee |

| Date 1/11/2018 | Tax Acct # 3000-9001-8604 | Perc # | UA/PWA# |
|---|---|---|---|

**Site Address** 9131 Fort Smallwood Road     Map 18   Block 0001   Parcel 0008   Lot(s)

**City** PASADENA    **State** MD   **Zip** 21122    **Subdivision**

**Suite #**    **Tenant Name**      **Tenant Location**

| Property Owner Information | Contractor's Information |
|---|---|
| **Company Name** | **Lic Type & #**    **Company Name** |
| **Name** Ralph Jackson | **Name** |
| **Mailing Address** 9131 Fort Smallwood Rd | **Mailing Address** |
| **City** Pasadena   **State** MD   **Zip** 21122 | **City**    **State**   **Zip** |
| **Telephone** | **Telephone** |
| **Email** | **Email** |

| Applicant Information | Engineer Information |
|---|---|
| **Company Name** Permit Services, Inc,   # 805 | **Company Name** |
| **Name** Brenda Fraley Garver   Samantha Mullinix | **Name** |
| **Mailing Address** 2011 Fraley Lane | **Mailing Address** |
| **City** Pasadena,   **State** Md   **Zip** 21122 | **City**    **State**   **Zip** |
| **Telephone** 410-360-2228   Cell 410-320-7368 Brenda | **Telephone** |
| **Email** Permitservicesinc@comcast.net | **Email** |

| Architect Information | Permit Type-Check One |
|---|---|
| **Company Name** Dick Parrish Design | ☐ New     ☐ Sprinklers |
| **Name** Dick Parrish | ☐ Addition     ☐ Accessory Structure-<br>indicate heights of: |
| **Mailing Address** 22 Carroll Rd. | ☑ Alteration/Repairs    Principal _____ ft _____ in |
| **City** Pasadena   **State** MD   **Zip** 21122 | ☐ Sign |
| **Telephone** 443 223 7678 | Accessory _____ ft _____ in |
| **Email** | **Is this permit application to resolve a violation?** ☐ Yes    ☑ No |

**Describe Proposed Work:**
Revise Construct New Walls and Floor...
Foundation where needed New Floor System
Same Footprint    (Shell only)
Demo under B02348985)

revised 8/7/14 jpr

## Residential Building Permit Application Details

| | Property Details | | | Construction Details | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Width | Length | Total Sq. Ft. |
| Corner Lot | ✓ Yes | No | Public Water | | | X | |
| Waterfront | Yes | No | Public Sewer | Unfinished Basement | | X | |
| Critical Area | Yes | No | Well ✓ | Finished Basement | | X | |
| Bog Area | Yes | No | Septic ✓ | 1st Floor | | X | |
| ADC Map | | | Mayo System | 2nd Floor | | X | |
| Zoning Classification | R - Non-conforming | | | 3rd Floor | | X | |
| Name of Waterway | | | | Garage/Carport | | X | |
| | | | | Porch | | X | |
| | Building Characteristics | | | Deck | | X | |
| Bldg Height: | Existing | Proposed | | Shed | | X | |
| Number of Stories | | | | Other | | |
| Number of Bedrooms | | | | Total Square Footage | | |
| Number of Baths | | | | Total Finished Area- per ANSI Z765-2003 | | |
| Smoke Detectors | | | | Cost of Work | | $ 70,000 |
| Carbon Monoxide Detectors | | | | Grading Permit # | | N/A |
| Fireplace | | | | Proposed Work to Include (check all that apply): | | |
| Heating Fuel Type/AC | | | | Sprinklers ✓ Yes  No     Plumbing ✓ Yes  No | | |
| | | | | Electric ✓ Yes  No     Heating/AC ✓ Yes  No | | |

## Commercial Building Permit Application Details

| | | | |
|---|---|---|---|
| Use Group | A2 | Heating Fuel | |
| Construction Type | 5-B | Number of Stories | |
| Existing Use | Bar | Building Height: Existing ___ Proposed ___ | |
| Proposed Use | Bar | Number of Fire Alarms | |
| Number of Elevators | — | Total Square Footage | |
| Number of Standpipes | — | Sprinklered Area Square Footage | |
| Smoke Detectors | Yes | | |

The applicant hereby certifies as follows:  1) that he/she is authorized to make this application; 2) that all information provided by the applicant, whether on an original application or on an application for a revision, is true and correct, including all information on any attachments hereto; 3) that, on an application for revision and all attachments thereto, he/she has brought to the attention of the Permit Center all changes being made from the original application and attachments thereto by highlighting those changes on this form and the attachments; 4) that he/she will comply with all regulations of Anne Arundel County which are applicable hereto; 5) that he/she will perform no work on the above property not specifically described in this application; 6) that he/she grants County officials the right to enter onto the property for the purpose of inspecting the work permitted and posting notices.

Signed X _____ Date: _10-30-17_
                Owner/Agent

Print Name: _____

Many subdivisions and neighborhoods within Anne Arundel County have private deed restrictions or covenants regulating building construction. Anne Arundel County staff will not determine whether or not the work covered by a permit satisfies these covenants. Obtaining a building permit does not relieve the homeowner of his responsibility for determining the nature of applicable covenants and private deed restrictions and complying with covenants. It is recommended that the Land Records Office of the Anne Arundel County Clerk of the Court's office be checked to determine whether or not covenants or restrictions exist that regulate the proposed work. You may also wish to check with your Civic or Homeowner's Association to see if other restrictions apply.



# Building Permit Application

**Permit Center**
2664 Riva Road
Annapolis MD 21401

1610.07+25   4016.3567

| Permit Number | Fee | | | | | |
|---|---|---|---|---|---|---|
| 302351762 | | pd# 140.00 | | | | 149567 |

| Date | Tax Acct # | | | Perc # | UA/PWA# |
|---|---|---|---|---|---|
| 1/23/2018 | 3000 - 9001 - 8604 | | | | |

| Site Address | | Map | Block | Parcel | Lot(s) |
|---|---|---|---|---|---|
| 9131 Fort Smallwood Road | | 18 | 0001 | 0008 | |

| City | State | Zip | Subdivision |
|---|---|---|---|
| Pasadenia | MN | 21122 | |

| Suite # | Tenant Name | Tenant Location |
|---|---|---|
| | | |

## Property Owner Information / Contractor's Information

| Company Name | Lic Type & # | Contractor's Information<br>Company Name |
|---|---|---|
| | | |

| Name | Name |
|---|---|
| Ralph Jackson | |

| Mailing Address | Mailing Address |
|---|---|
| 9131 Ft Smallwood Rd. | |

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|
| Pasadena | MD | 21122 | | | |

| Telephone | Telephone |
|---|---|
| | |

| Email | Email |
|---|---|
| | |

## Applicant Information / Engineer Information

| Company Name<br>Permit Services, Inc,     # 805 | Company Name |
|---|---|
| Name<br>Brenda Fraley Garver   Samantha Mullinix | Name |
| Mailing Address<br>2011 Fraley Lane | Mailing Address |
| City<br>Pasadena, | State<br>Md | Zip<br>21122 | City | State | Zip |
| Telephone<br>410-360-2228  Cell 410-320-7368 Brenda | Telephone |
| Email<br>Permitservicesinc@comcast.net | Email |

## Architect Information

| Company Name |
|---|
| Dick Parrish Design |

| Name |
|---|
| Dick Parrish |

| Mailing Address |
|---|
| 22 Carroll Rd |

| City | State | Zip |
|---|---|---|
| Pasadena | | 21122 |

| Telephone |
|---|
| 443 223 7678 |

| Email |
|---|
| |

### Permit Type-Check One

☐ New
☐ Addition
☑ Alteration/Repairs
☐ Sign

☐ Sprinklers
☐ Accessory Structure-
   indicate heights of:
   Principal _____ ft _____ in
   Accessory _____ ft _____ in

**Is this permit application to resolve a violation?**
☐ Yes          ☐ No

**Describe Proposed Work:**
Revise; Rebuild from Fire damage (Shell only)
per Engineer; new walls, truss roof, deck, foundation
where needed, Same footprint, new floor system.
(DEMO Permit under B0235 8985)

revised 8/7/14 jpr

## Residential Building Permit Application Details

| Property Details | | | | Construction Details | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Width | X | Length | Total Sq. Ft. |
| Corner Lot | Yes | No | Public Water | | | X | | |
| Waterfront | Yes | No | Public Sewer | Unfinished Basement | | X | | |
| Critical Area | Yes | No | Well | Finished Basement | | X | | |
| Bog Area | Yes | No | Septic | 1st Floor | | X | | |
| ADC Map | | | Mayo System | 2nd Floor | | X | | |
| Zoning Classification | | | | 3rd Floor | | X | | |
| Name of Waterway | | | | Garage/Carport | | X | | |
| | | | | Porch | | X | | |
| **Building Characteristics** | | | | Deck | | X | | |
| Bldg Height: | Existing | Proposed | | Shed | | X | | |
| Number of Stories | | | | Other | | | | |
| Number of Bedrooms | | | | Total Square Footage | | | | |
| Number of Baths | | | | Total Finished Area- per ANSI Z765-2003 | | | | |
| Smoke Detectors | | | | Cost of Work | | | | $ 80,000.00 |
| Carbon Monoxide Detectors | | | | Grading Permit # | | | | N/A |
| Fireplace | | | | | | | | |
| Heating Fuel Type/AC | | | | | | | | |

Proposed Work to Include (check all that apply):

| | | | | | |
|---|---|---|---|---|---|
| Sprinklers | Yes | No | Plumbing | Yes | No |
| Electric | Yes | No | Heating/AC | Yes | No |

## Commercial Building Permit Application Details

| | |
|---|---|
| Use Group | A-2  S-1 |
| Construction Type | 5B |
| Existing Use | BAR/Tavern |
| Proposed Use | Same |
| Number of Elevators | no |
| Number of Standpipes | no |
| Smoke Detectors | yes. |

| | |
|---|---|
| Heating Fuel | Electric |
| Number of Stories | 1 |
| Building Height: Existing | Proposed |
| Number of Fire Alarms | yes. |
| Total Square Footage | 3,500 |
| Sprinklered Area Square Footage | NO. |

The applicant hereby certifies as follows: 1) that he/she is authorized to make this application; 2) that all information provided by the applicant, whether on an original application or on an application for a revision, is true and correct, including all information on any attachments hereto; 3) that, on an application for revision and all attachments thereto, he/she has brought to the attention of the Permit Center all changes being made from the original application and attachments thereto by highlighting those changes on this form and the attachments; 4) that he/she will comply with all regulations of Anne Arundel County which are applicable hereto; 5) that he/she will perform no work on the above property not specifically described in this application; 6) that he/she grants County officials the right to enter onto the property for the purpose of inspecting the work permitted and posting notices.

Signed _____
Owner/Agent

Date: 1/23/2018

Print Name: Samantha Mullinix

Many subdivisions and neighborhoods within Anne Arundel County have private deed restrictions or covenants regulating building construction. Anne Arundel County staff will not determine whether or not the work covered by a permit satisfies these covenants. Obtaining a building permit does not relieve the homeowner of his responsibility for determining the nature of applicable covenants and private deed restrictions and complying with covenants. It is recommended that the Land Records Office of the Anne Arundel County Clerk of the Court's office be checked to determine whether or not covenants or restrictions exist that regulate the proposed work. You may also wish to check with your Civic or Homeowner's Association to see if other restrictions apply.

# Building Permit Application

Permit Center
2664 Riva Road
Annapolis MD 21401

CK 4729

| Permit Number | | Fee $ 140.00 | +40 | | |
|---|---|---|---|---|---|
| Date 1-29-2017 | Tax Acct # 3000-9001-8604 | Perc # | | UA/PWA# | |

**Site Address** 9131 Fort Smallwood    Map 18   Block 01   Parcel 008   Lot(s)

**City** Pasadena    State MD   Zip 21122   Subdivision Rock Creek

**Suite #**   **Tenant Name** COCONUT Charlies    **Tenant Location**

## Property Owner Information

Company Name

Name  Jackson, Ralph

Mailing Address  9131 Ft Smallwood

City Pasadena   State MD   Zip 21122

Telephone

Email

## Contractor's Information

Lic Type & #   Company Name

Name

Mailing Address

City   State   Zip

Telephone

Email

## Applicant Information

Company Name  Permit Services, Inc. #805

Name  BreNDA GARVER / Samantha Mullinix

Mailing Address  2011 FrALey LANE

City PASADENA   State MD   Zip 21122

Telephone 410 360 2228 / 443 465 7832

Email permitservicesinc@comcast.net

## Engineer Information

Company Name

Name

Mailing Address

City   State   Zip

Telephone

Email

*Compliance B-2011-520*

## Architect Information

Company Name

Name

Mailing Address

City   State   Zip

Telephone

Email

## Permit Type-Check One

☐ New
☐ Addition
☒ Alteration/Repairs
☐ Sign
☐ Sprinklers
☐ Accessory Structure- Indicate heights of:
Principal ____ ft ____ in
Accessory ____ ft ____ in

Is this permit application to resolve a violation?
☐ Yes   ☐ No

**Describe Proposed Work:**  Replace Entire Roof Damaged By Fire, Replace Non Structural Wall Level top plate as needed to accomadate New trusses

revised 8/7/14 jpr

## Residential Building Permit Application Details

### Property Details

| | | | | |
|---|---|---|---|---|
| Corner Lot | ☐ Yes | ☐ | Public Water | ☐ |
| Waterfront | ☐ Yes | ☑ No | Public Sewer | ☐ |
| Critical Area | ☐ Yes | ☑ No | Well | ☑ |
| Bog Area | ☐ Yes | ☑ No | Septic | ☐ |
| ADC Map | | | Mayo System | ☐ |

Zoning Classification _____

Name of Waterway _____

### Building Characteristics

Bldg Height:  Existing _____  Proposed _____

Number of Stories _____

Number of Bedrooms _____

Number of Baths _____

Smoke Detectors _____

Carbon Monoxide Detectors _____

Fireplace _____

Heating Fuel Type/AC _____

### Construction Details

| | Width | X | Length | Total Sq. Ft. |
|---|---|---|---|---|
| Unfinished Basement | | X | | |
| Finished Basement | | X | | |
| 1st Floor | | X | | |
| 2nd Floor | | X | | |
| 3rd Floor | | X | | |
| Garage/Carport | | X | | |
| Porch | | X | | |
| Deck | | X | | |
| Shed | | X | | |
| Other | | | | |

Total Square Footage _____

Total Finished Area- per ANSI Z765-2003 _____

Cost of Work    $ 80,000 00

Grading Permit #   N/A

Proposed Work to Include (check all that apply):

| Sprinklers | ☐ Yes | ☐ No | Plumbing | ☐ Yes | ☐ No |
|---|---|---|---|---|---|
| Electric | ☑ Yes | ☐ No | Heating/AC | ☐ Yes | ☐ No |

## Commercial Building Permit Application Details

| | |
|---|---|
| Use Group | A-2  S-1 |
| Construction Type | 5B |
| Existing Use | Bar / Tavern |
| Proposed Use | Same |
| Number of Elevators | No |
| Number of Standpipes | NO |
| Smoke Detectors | Yes |

| | |
|---|---|
| Heating Fuel | Electric |
| Number of Stories | 1 |
| Building Height: Existing | Proposed |
| Number of Fire Alarms | Yes. |
| Total Square Footage | 3,500 |
| Sprinklered Area Square Footage | NO |

The applicant hereby certifies as follows:  1) that he/she is authorized to make this application; 2) that all information provided by the applicant, whether on an original application or on an application for a revision, is true and correct, including all information on any attachments hereto; 3) that, on an application for revision and all attachments thereto, he/she has brought to the attention of the Permit Center all changes being made from the original application and attachments thereto by highlighting those changes on this form and the attachments; 4) that he/she will comply with all regulations of Anne Arundel County which are applicable hereto; 5) that he/she will perform no work on the above property not specifically described in this application; 6) that he/she grants County officials the right to enter onto the property for the purpose of inspecting the work permitted and posting notices.

Signed: _Brenda Fraley Garver_   Date: 1-10-2018

Owner/Agent

Print Name: Brenda Garver

Many subdivisions and neighborhoods within Anne Arundel County have private deed restrictions or covenants regulating building construction. Anne Arundel County staff will not determine whether or not the work covered by a permit satisfies these covenants. Obtaining a building permit does not relieve the homeowner of his responsibility for determining the nature of applicable covenants and private deed restrictions and complying with covenants. It is recommended that the Land Records Office of the Anne Arundel County Clerk of the Court's office be checked to determine whether or not covenants or restrictions exist that regulate the proposed work. You may also wish to check with your Civic or Homeowner's Association to see if other restrictions apply.

| Incident | 748694-000 | | **Anne Arundel County Fire** | | | |  |
| Date and Time | 07/28/2017 03:06:02 | | | | | | |
| Station | 10 | | 8501 Veterans HWY | | | | |
| Shift | A | | Millersville, MD 21108 | | | | |
| Member Making | 000683 - Michael Mattison | | (410)222-8200 | | | | |
| Officer In Charge | 000613 - Robert Brewer | | | | | | |

| Dates And Times | | | | Location Information | | | |
|---|---|---|---|---|---|---|---|
| Alarm Time | 07/28/2017 03:06:02 | Type: | Street Address | Latitude | | Station | 10 |
| Arrival Time | 07/28/2017 03:13:00 | | 9129 FORT SMALLWOOD RD | Longitude | | District | 1010 |
| Controlled Time | | | | Census Tract | | | |
| Last Unit Cleared | 07/28/2017 08:46:10 | Pasadena | MD      21122 | Property Use | 162 - Bar or nightclub | | |

| Alarms | 2 | | Injuries and Fatalities | | Property Loss | $200000 | Value | $200000 |
|---|---|---|---|---|---|---|---|---|
| IncidentType | 111 - Building fire | Civilian Injury | | 0 | Contents Loss | $0 | Value | $0 |
| Mutual Aid | N  - None | Civilian Death | | 0 | Response Time | 6183666 6.0 | Actions | 11  - Extinguish |
| Detector Present | 2 - None Present | Fire Fighter Injury | | 0 | Units | | 55 #2 | 51  - Ventilate |
| Hazmat Release | | Fire Fighter Death | | 0 | Persons | | 57 #3 | 52  - Forcible entry |

| Area Of Origin | Other | Factor Contributing To Ignition | Undetermined |
|---|---|---|---|
| Heat Source | Undetermined | Fire Supression Factor | |
| Item First Ignited | Undetermined | Human Factor | None |
| Material First Ignited | Undetermined | | |
| Cause of Ignition | Cause under Investigation | | |
| Buildings Involved | 1 | | |
| Residential Units | | | |
| Acres | | | |

| Structure Type | Enclosed building | Story Of Origin | 1 |
|---|---|---|---|
| Structure Status | In normal use | Floors Above Grade | 1 |
| Fire Spread | Confined to building of origin | Floors Below Grade | 1 |
| Item Contributing to Flame Spread | | Floors Damaged | |
| Material Contributing to Flame Spread | | Minor | |
| Length | 60 | Significant | |
| Width | 40 | Heavy | |
| Area | 2400 | Extreme | 1 |

| Unit | Dispatch | Enroute | Arrival | To Med | At Med | Cleared | In Service | In Quarters |
|---|---|---|---|---|---|---|---|---|
| E122 | 03:08:42 | 03:09:25 | 03:14:41 | | | 06:48:15 | | |
| TK13 | 03:06:42 | 03:10:02 | 03:16:56 | | | 06:49:27 | | |
| E201 | 03:08:26 | 03:11:14 | 03:17:11 | | | 06:48:06 | | |
| TK30 | 03:08:26 | 03:11:40 | 03:17:14 | | | 06:43:43 | | |
| TA40 | 03:08:26 | 03:12:45 | 03:34:48 | | | 06:34:54 | | |
| TA6 | 03:08:26 | 03:12:39 | 03:35:40 | | | 04:19:33 | | |
| E084 | 03:08:26 | 03:11:18 | 03:38:49 | | | 06:34:23 | | |
| E121 | 03:08:27 | 03:10:28 | 03:17:51 | | | 06:32:52 | | |
| E112 | 03:08:27 | 03:11:27 | 03:26:47 | | | 06:28:58 | | |
| TK33 | 03:08:27 | | | | | 03:09:21 | | |
| SQ43 | 03:08:27 | | | | | 03:09:32 | | |
| MU10 | 03:08:27 | 03:11:28 | 03:15:57 | | | 06:49:56 | | |
| BC02 | 03:08:28 | 03:09:40 | 03:23:32 | | | 06:58:21 | | |
| SAFE5 | 03:08:28 | 03:10:49 | 03:33:10 | | | 06:20:04 | | |
| E181 | 03:08:52 | 03:11:40 | 03:18:52 | | | 06:37:55 | | |

# Anne Arundel County, Maryland
## Cash Receipt

| | | | |
|---|---|---|---|
| **DEPT/BUSINESS UNIT NUMBER** | I&P   1253 | **DATE** | 12/01/2017 |
| **DEPT/BUSINESS UNIT NAME** | PERMIT APPLICATION CENTER | | |
| **RECEIVED OF** | PERMIT SERVICES INC, 2011 FRALEY LANE, PA SADENA, MD 21122 | | |
| **ISSUED BY** | LED1253 | **DISTRIBUTION** | |
| **PAID BY** (SEQUENCE/PERMIT NUMBER) | 20576306/B02351762 | ACCOUNTING. ....WHITE<br>CASHIER... .......YELLOW<br>ISSUING DEPT.... .PINK<br>CUSTOMER........GOLDENROD | |

**VALIDATION**

RIVA
12/01/17 10:48
$ 140.00
MD
ANNE ARUNDEL COUNTY, MD 10520424
AISC REVENUE / Time
Site Payment #: 4729
Receipt #
Check/Credit Card

| ACCOUNT NUMBER | SUBS./LEDGER TYPE REF 1 | VENDOR NO REF 2 | DESCRIPTION REF 3 | AMOUNT |
|---|---|---|---|---|
| 1253 .5883 | | 20576306/B02351762<br>RESTAURANT<br>RESTAURANT | | 115.00 |
| 1253 .5882 | | 20576306/B02351762<br>RESTAURANT<br>BLDG APP FEE | | 25.00 |

**TOTAL**

140.00

# Anne Arundel County, Maryland
## Cash Receipt

| | | | | | |
|---|---|---|---|---|---|
| **DEPT/BUSINESS UNIT NUMBER** | I&P  1253 | **DATE** | 12/01/2017 | | |
| **DEPT/BUSINESS UNIT NAME** | PERMIT APPLICATION CENTER | | | | |
| **RECEIVED OF** | PERMIT SERVICES | | | | |
| **ISSUED BY** | LED1253 | **DISTRIBUTION** | | | |
| **PAID BY**<br>(SEQUENCE/PERMIT NUMBER) | 20576307/B02351762 | ACCOUNTING.......WHITE<br>CASHIER..., .....YELLOW<br>ISSUING DEPT.. ..PINK<br>CUSTOMER........GOLDENROD | | | |

**VALIDATION** — RIVA    10:48    12/01/17    $ 40.00    10520426    ANNE ARUNDEL COUNTY, MD    SC REVENUE    te / Time    yment    Receipt #    Check/Credit Card #: 4729

| ACCOUNT NUMBER | SUBS./LEDGER TYPE<br>REF 1 | VENDOR NO<br>REF 2 | DESCRIPTION<br>REF 3 | AMOUNT |
|---|---|---|---|---|
| 1253.5887 | | 20576307/B02351762<br>RESTAURANT<br>INVESTIGATE FEE | | 40.00 |

**TOTAL**    40.00



Lorine Duszynski <ipdusz15@aacounty.org>

## Fwd: Re: 9131 Fortsmallwood Road

1 message

**permitservicesinc** <permitservicesinc@comcast.net>
To: ipdusz15@aacounty.org

Fri, Dec 1, 2017 at 10:34 AM

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Tom Gruver <hdgruv01@aacounty.org>
Date: 10/30/17 11:57 AM (GMT-05:00)
To: Brenda Fraley Garver <permitservicesinc@comcast.net>
Subject: Re: 9131 Fortsmallwood Road

If seating is nolt changing I would not require any upgrades to the existing septic system. With regards to food handling issues, including things like equipment removal, sink locations and such you should contact Charlotte Lewis @ 410-222-7274 or hdlewis1@aacounty.org.

On Thu, Oct 26, 2017 at 12:22 PM, Brenda Fraley Garver <permitservicesinc@comcast.net> wrote:
Dear Tom,

There is a temporary tarp roof on this structure with the winter coming the owner fears more damage will occur. They have limited funds to rebuild and need to make sure they can move forward. I sent this to you on October 4th and have made sevral calls since then. I would appreciate the courtesy of a call or return email. Please and Thank you

From: "Brenda Fraley Garver" <permitservicesinc@comcast.net>
To: hdgruv01@aacounty.org
Sent: Wednesday, October 4, 2017 12:30:15 PM
Subject: 9131 Fortsmallwood Road

Dear Tom,

They are replacing any damged walls, floor system in kind, the roof structure completely. Removing all the Kitchen Equipment. The bathroom fixture count will remain the same. 3-000-9001-8604   The Food Service number is #0020091055

Please let me know after you have time to evaluate this. As stated they don't have a lot of money to rebuild and need to find out the cost associated with all expenses.

Thank you for your time.

Brenda Fraley Garver

President

**Permit Services, Inc.**
2011 Fraley Lane
Pasadena, MD 21122

Grading



**ANNE ARUNDEL COUNTY MARYLAND**

Heritage Office 2664 Riva Road
Annapolis, Maryland 21401

**DEPARTMENT OF INSPECTIONS & PERMITS**
**STANDARD GRADING PLAN APPLICATION**

PERMIT APPLICATION CENTER 410-222-7720
EROSION & SEDIMENT CONTROL 410-222-7780

Tax Account Number 3-000-9001 8604 Building Permit # BO235 1762

Subdivision Name *(if applicable)* Rock Creek   Lot _____ Block _____

Location 9131 FT Smallwood ROAD   21122
　　　　　Number　　Street　　　　　　　　　　　Post Office

Owner Jackson, Ralph
　　　　Name
9131 Fort Smallwood Rd Pasadena 21122
Address　　　　　　　　　　　　　Phone　　　State　　Zip

Proposed Work Replace damaged Roof + Damaged
Fire
exterior walls

Critical Area Designation N/A   Distance from water to disturbed area N/A ft.

Steepest slope disturbed 2 % Lot size 2 Acres Area to be disturbed 200 sq. ft.

I/we certify that I/we have the authority to make this application; that the proposed work is authorized by the owner in fee; that the information above is correct and that I/we have chosen this method to satisfy our sediment control obligation. I/we certify that the proposed construction meets the conditions and limitations established and contained in the Anne Arundel Soil Conservation District's Standard Sediment and Erosion Control Plan www.aacounty.org/IP/Resources/SGP.pdf; and I/we have the ability and will meet all the limitations and conditions set forth by said plan.

Applicant's Signature _____   Date 11-29-2017

Applicant's Name (Please Print) Permit Services, INC
　　　　　　　　　　　　　　Company Name – If a Corporation

Approved – Compliance with the Standard Erosion Control Plan for Anne Arundel County, and:

☐ the attached Standard Plan becomes part of the building permit and is subject to any special conditions listed below.

☐ the attached Standard Plan allows for site grading without a separate grading permit and is subject to any special conditions listed below. Approval is granted for one year unless otherwise noted.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ Not Approved – Grading permit required. Site fails to meet the conditions as detailed in Anne Arundel Soil Conservation District Resolution 2010-5

Inspector _____   12/5/2017
　　　Sign and Print　　　　　　　　　　　　　　　　　　Date

SPECIAL CONDITIONS: _____

_____

_____

Revised March 2012/jpr



N 57°30'00" E  420.00'

S 32°30'00" E  210.00'

N 32°30'00" W  210.00'

Grading - B6235 1462

EXISTING GRAVEL PARKING PREVIOUSLY OVER G

TOTAL AREA EXISTING MAC/GRAVEL PARKING= 12,850 SF

MAC/GRAVEL PARKING

CHAIN LINK FENCE

WOOD FENCE

PREVIOUS MAC. DAT NOW OUTDOOR SEATING ARE

1 STORY FRAME

S 57°30'00" W  420.00'

FORT SMALLWOOD ROAD

LOD ≈O
ALL GRAVEL /PARKING

THIS PLAT IS NOT INTENDED TO BE USED FOR
THE PURPOSE OF ESTABLISHING BOUNDARY
LINES!!!

1" = 40

THIS SURVEY WAS PREPARED WITHOUT BENEFIT
OF A TITLE REPORT.

= CONCRETE

**GENERAL NOTES**
1). THIS PLAT IS OF BENEFIT TO THE CONSUMER
ONLY INSOFAR AS IT IS REQUIRED BY A LENDER OF A
TITLE INSURANCE COMPANY OR ITS AGENT IN
CONNECTION WITH A CONTEMPLATED TRANSFER,
FINANCING, OR RE-FINANCING.

2). THIS PLAT IS NOT TO BE USED OR RELIED UPON
FOR THE ESTABLISHMENT OR LOCATION OF FENCES,
GARAGES, BUILDINGS, OR ANY OTHER FUTURE
IMPROVEMENTS.

3). THIS PLAT DOES NOT PROVIDE FOR THE
ACCURATE IDENTIFICATION OF PROPERTY
BOUNDARY LINES. BUT SUCH IDENTIFICATION MAY
NOT BE REQUIRED FOR THIS TRANSFER OF TITLE OR
SECURING FINANCING OR RE-FINANCING.

**LOCATION DRAWING:**
I HEREBY CERTIFY THAT THE IMPROVEMENTS ARE LOCATED AS
SHOWN HEREON, AND TO THE BEST OF MY INFORMATION,
PROFESSIONAL KNOWLEDGE AND BELIEF, THERE ARE NO
ENCROACHMENTS EXCEPT AS SHOWN HEREON. AND THAT THE
IMPROVEMENTS APPEAR TO BE IN FLOOD ZONE C. THIS
SURVEY IS TO ESTABLISH THESE ABOVE GROUND
IMPROVEMENTS ONLY AND NOT INTENDED TO FIND
UNDERGROUND UTILITIES OR OTHER INSTALLATIONS. THE
LEVEL OF ACCURACY FOR THIS DRAWING IS
1' +/-

Walter T. Tydings                    Date
Property Line Surveyor # 150

**Schulte & Assoc. Inc.**
4399 MOUNTAIN ROAD
PASADENA, MD 21122
PHONE: 410-360-9464
FAX: 410-360-0247

| Address: | Property Description |
|---|---|
| 9131 FORT SMALLWOOD RD.
PASADENA, MD 21122 | **LOCATION DRAWING OF**
9131 FORT SMALLWOOD RD.
PASADENA, MD 21122
A.A.CO.MD
DEED REF # 6560/718 |
| Date:10/05/09   Job #:9376 | |

# DICK PARRISH DESIGN

# 22 CARROLL ROAD

# PASADENA, MD 21122

# 443-223-7678

Dickp2@verizon.net

January 9, 2018

Permit Application Center

Records Management Division

2664, Riva Road

Annapolis, MD 21401

## Re: Coconut Charlies Bar/Restaurant B02351762

Respond to comments dated12/12/2017

This permit is shell only and is to repair fire damage and structural deficiencies.

### FIRE-BUILDING CODE- HARBERTS

Comments from letter dated 12-12-2017 are noted.

Signed and sealed truss drawings will be available on site.

A structural engineer has inspected the building and found several deficiencies.  These plans reflect what is needed to correct those problems such as repairs to foundation and reconstruction of deck and exterior walls.  New exterior walls will be 2x6 at 2' o.c. and 8' nominal height.

The structural engineer has signed and sealed foundation, walls and truss roof plans.

Sincerely,

Dick Parrish

```
IPD131C/MS3A        DISPLAY PERMIT INFORMATION    BUILDING PERM   OFFICE A
                    =========================     NBR B02351762   INIT TLT1253
============PROPERTY============              NXT B02351763
9131 FT SMALLWOOD RD                   ==========CONTRACTOR/LICENSEE=============
PASADENA MD 21122                      OWNER
TAX ACCT NBR 3000 - 9001 - 8604        XXXXXXXXXXXXXXXXXXX
SUBDIV: ROCK CREEK                     XXXXXXX, XX 11111
TAX MAP   18    ACREAGE    2.000       PHONE       -          LIC # CTR  - 003157
BLOCK(ST) 01    LOT
PARCEL   0008    SECTION
DEED  06560-718  BLOCK
PR DESC:    2 ACRES
=================================
ADC       -       TENANTS COCONUT CHARLIES
LOCATION
TYPE OF IMPROVEMENT:  ALT        TYPE OF USE:    RES
PROPOSED USE.....: RPL ENTIRE ROOF*FIRE DAMAGE*,RPL NON-STRUCTL WALL
PROPSD WORK LINE1: LEVEL TOP PLATE TO ACCOMODATE NEW TRUSSES(INT ALTS
           LINE2: REQUIRE SEPARATE PERMIT) SEALED PLANS RV 1/16/18TT
PERMIT DATES.....: APP: 12/01/17  ISS:          CMP:          EXP:
                   INT:                          ACTIVE VIOLATION EXISTS
CURRENT STATUS...: P  REV IND:    RNW:           PROJECT #:
PF2=FWD  PF3=PROJ  PF4=INSP HIST  PF5=APPR  PF7=LIC  PF9=NEXT      PF12=EXIT
```

AACO\PTIMM25 @ IPC08327 2018-01-16 13:29:58

















```
IPD131C/MS3A        DISPLAY PERMIT INFORMATION    BUILDING PERM   OFFICE A
                    ==========================    NBR BO2351762   INIT TLT1253
===========PROPERTY==============            NXT BO2351763
9131 FT SMALLWOOD RD                ===========CONTRACTOR/LICENSEE=============
PASADENA MD 21122                   OWNER
TAX ACCT NBR 3000 - 9001 - 8604     XXXXXXXXXXXXXXXXXXX
SUBDIV: ROCK CREEK                  XXXXXXX, XX 11111
TAX MAP  18   ACREAGE   2.000  PHONE        -       LIC # CTR  - 003157
BLOCK(ST) 01   LOT
PARCEL   0008   SECTION
DEED  06560-718  BLOCK
PR DESC:    2 ACRES
==================================
ADC       -      TENANTS COCONUT CHARLIES
LOCATION
TYPE OF IMPROVEMENT:  ALT      TYPE OF USE:   RES
PROPOSED USE.....: RPL ENTIRE ROOF*FIRE DAMAGE*,RPL NON-STRUCTL WALL
PROPSD WORK LINE1: LEVEL TOP PLATE TO ACCOMODATE NEW TRUSSES(INT ALTS
          LINE2: REQUIRE SEPARATE PERMIT) SEALED PLANS RV 1/16/18TT
PERMIT DATES.....: APP: 12/01/17  ISS:        CMP:        EXP:
                INT:                ACTIVE VIOLATION EXISTS
CURRENT STATUS...: P  REV IND:    RNW:       PROJECT #:
PF2=FWD  PF3=PROJ  PF4=INSP HIST  PF5=APPR  PF7=LIC  PF9=NEXT   PF12=EXIT
```

4-©     2    Sess-1    10.123.99.2       P144       3/57

```
IPD13BC/MS3B   DISPLAY BUILDING PERMIT INFORMATION                OFFICE A
               ==================================   B02351762  INIT TLT1253

===========LOT CHARACTERISTICS============   ===BUILDING CHARACTERISTICS===
AREA   LEN    WIDTH    CORNER LOT        N       EXISTING USE            RES
1       0       0    WATER FRONT LOT     N       BUILDING HEIGHT (FT)      0
2       0       0                                NUMBER OF STORIES         0
                                                 NUMBER OF ELEVATORS       0
                                                 NUMBER OF STANDPIPES      0
RESIDENTIAL PERMITS ONLY:                        TYPE OF OWNERSHIP        PR
FINISHED AREA         0                          TYPE OF CONSTRUCTION     5B
                                                 SMOKE DETECTORS (Y/N)
                                                 SEWAGE DISPOSAL TYPE    SEP
                                                 WATER SUPPLY TYPE      WELL
                                                 HEATING FUEL
                                                 NBR OF FIRE ALARMS        0
GRADING PERMIT                                   TOTAL AREA SQ FT          0
                                                 SPRINK. AREA SQ FT        0
                                              CONTRACT COST OF WORK $  20000
UTILITY AGREE   PW AGREE   CRIT AREA        COUNTY   COST OF WORK $   20000
                           N

PF1=BWD   PF2=FWD   PF3=PROJ   PF4=INSP HIST  PF5=APPR  PF7=LIC   PF12=EXIT
_____
4-©            2      Sess-1     10.123.99.2              P144          1/1
```

Page: 1  Document Name: Untitled

```
IPD133C    PROJ          DISPLAY PERMIT(FEES)   B02351762  INIT TLT1253    OFF A
           FEE TYPE        FEE DUE      FEE PAID     OUTSTANDING   TRANS DATE   RECEIPT
01 RESTAURANT        $    115.00   $    115.00   $      .00   12/01/2017 10520424
02 BLDG APP FEE      $     25.00   $     25.00   $      .00   12/01/2017 10520424
03 TRANSPORT. IMP. $        .00   $       .00   $      .00
04 SCHOOL FEE IMP. $        .00   $       .00   $      .00
05 PBLC SFTY IMP    $        .00   $       .00   $      .00
06 OFF-SITE DRAIN   $        .00   $       .00   $      .00
07 WATER CAP CONN   $        .00   $       .00   $      .00
08 SEWER CAP CONN   $        .00   $       .00   $      .00
09 ODENTON TWN CTR $        .00   $       .00   $      .00
10 HEALTH PLAN REV $        .00   $       .00   $      .00
11 LNDSCP SECURITY $        .00   $       .00   $      .00
12 LNDSCP INSP FEE $        .00   $       .00   $      .00
13 MOD - OPZ        $        .00   $       .00   $      .00
14 MOD - PC         $        .00   $       .00   $      .00
15 CIVIL CITATION   $        .00   $       .00   $      .00
16 COPY/RETRIEVE    $     57.50   $     57.50   $      .00   01/17/2018
17                  $        .00   $       .00   $      .00
18                  $        .00   $       .00   $      .00
19                  $        .00   $       .00   $      .00
20 REINSPECTION     $     40.00   $     40.00   $      .00              10520426
TOTAL FEES          $    237.50   $    237.50   $      .00
F1=BWD F2=FEES F3=PROJ  F4=INSP HIST   F5=APPR   F6=FEE HIST  F7=LIC   F12=EXIT
4-©           2     Sess-1    10.123.99.2           P144             1/1
```

Name: ipmatz00 - Date: 1/18/2018  Time: 11:20:05 AM

**Building Permit Application** REVISED

Permit Center
2664 Riva Road
Annapolis MD 21401

4/16/10

| Permit Number | Fee | | | | | |
|---|---|---|---|---|---|---|
| 1502351762 | | | | | | |

| Date | Tax Acct # | | | Perc # | | UA/PWA# |
|---|---|---|---|---|---|---|
| 1/11/2018 | 3000-9001-8604 | | | | | |

**Site Address** 9131 Fort Smallwood Road

| | Map | Block | Parcel | Lot(s) |
|---|---|---|---|---|
| | 18 | 0001 | 0008 | |

| City | State | Zip | Subdivision |
|---|---|---|---|
| PASADENA | MD | 21122 | |

| Suite # | Tenant Name | Tenant Location |
|---|---|---|

**Property Owner Information**

Company Name

Name Ralph Jackson

Mailing Address 9131 Fort Smallwood Rd

| City | State | Zip |
|---|---|---|
| Pasadena | MD | 21122 |

Telephone

Email

**Contractor's Information**

Company Name

Name

Mailing Address

| City | State | Zip |
|---|---|---|

Telephone

Email

**Applicant Information**

Company Name
Permit Services, Inc,   # 805

Name
Brenda Fraley Garver   Samantha Mullinix

Mailing Address
2011 Fraley Lane

| City | State | Zip |
|---|---|---|
| Pasadena, | Md | 21122 |

Telephone
410-360-2228  Cell 410-320-7368 Brenda

Email
Permitservicesinc@comcast.net

**Engineer Information**

Company Name

Name

Mailing Address

| City | State | Zip |
|---|---|---|

Telephone

Email

**Architect Information**

Company Name Dick Parrish Design

Name Dick Parrish

Mailing Address 22 Carroll Rd.

| City | State | Zip |
|---|---|---|
| Pasadena | MD | 21122 |

Telephone 443 223 7678

Email

**Permit Type-Check One**

☐ New
☐ Addition
☑ Alteration/Repairs
☐ Sign

☐ Sprinklers
☐ Accessory Structure-
     indicate heights of:

Principal _____ ft _____ in

Accessory _____ ft _____ in

Is this permit application to resolve a violation?
☐ Yes    ☑ No

**Describe Proposed Work:**

Revise Construct New Walls and Roof =====
Foundation where needed New Floor System
same Footprint          (Shell only)
Demo under B02348985

revised 8/7/14 jpr

## Residential Building Permit Application Details

REVISED

| | | | | | Construction Details | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Width | Length | Total Sq. Ft. |
| Corner Lot | Yes | No | Public Water | | | X | | |
| Waterfront | Yes | ✓ No | Public Sewer | | Unfinished Basement | X | | |
| Critical Area | Yes | ✓ No | Well | ✓ | Finished Basement | X | | |
| Bog Area | Yes | ✓ No | Septic | | 1st Floor | X | | |
| ADC Map | | | Mayo System | | 2nd Floor | X | | |
| Zoning Classification | | | | | 3rd Floor | X | | |
| Name of Waterway | | | | | Garage/Carport | X | | |
| | | | | | Porch | X | | |

**Building Characteristics**

| | | Deck | X | |
|---|---|---|---|---|
| Bldg Height: Existing ___ Proposed ___ | | Shed | X | |
| Number of Stories | | Other | | |
| Number of Bedrooms | | Total Square Footage | | |
| Number of Baths | | Total Finished Area- per ANSI Z765-2003 | | |
| Smoke Detectors | | Cost of Work | $ 80,000 00 | |
| Carbon Monoxide Detectors | | Grading Permit # | N/A | |
| Fireplace | | Proposed Work to Include (check all that apply): | | |
| Heating Fuel Type/AC | | Sprinklers ☐ Yes ☐ No    Plumbing ☐ Yes ☐ No | | |
| | | Electric ✓ Yes ☐ No    Heating/AC ☐ Yes ☐ No | | |

## Commercial Building Permit Application Details

| | | | |
|---|---|---|---|
| Use Group | A-2 S-1 | Heating Fuel | Electric |
| Construction Type | 5B | Number of Stories | 1 |
| Existing Use | Bar / Tavern | Building Height: Existing ___ Proposed ___ | |
| Proposed Use | Same | Number of Fire Alarms | Yes. |
| Number of Elevators | No | Total Square Footage | 3500 |
| Number of Standpipes | NO | Sprinklered Area Square Footage | NO |
| Smoke Detectors | Yes | | |

The applicant hereby certifies as follows:  1) that he/she is authorized to make this application; 2) that all information provided by the applicant, whether on an original application or on an application for a revision, is true and correct, including all information on any attachments hereto; 3) that, on an application for revision and all attachments thereto, he/she has brought to the attention of the Permit Center all changes being made from the original application and attachments thereto by highlighting those changes on this form and the attachments; 4) that he/she will comply with all regulations of Anne Arundel County which are applicable hereto; 5) that he/she will perform no work on the above property not specifically described in this application; 6) that he/she grants County officials the right to enter onto the property for the purpose of inspecting the work permitted and posting notices.

Signed: _Brenda Fraley Garver_    Date: _1-10-2018_

Owner/Agent

Print Name: _Brenda Garver_

divisions and neighborhoods within Anne Arundel County have private deed restrictions or covenants regulating building construction. Anne ...nty staff will not determine whether or not the work covered by a permit satisfies these covenants. Obtaining a building permit does not relieve ...r of his responsibility for determining the nature of applicable covenants and private deed restrictions and complying with covenants. It is ...at the Land Records Office of the Anne Arundel County Clerk of the Court's office be checked to determine whether or not covenants or ...t regulate the proposed work. You may also wish to check with your Civic or Homeowner's Association to see if other restrictions apply.

Page: 1   Document Name: Untitled

```
IPD18OC/MSF8      PERMIT FEE CALCULATOR    ===========FEE AMOUNTS============
PERMIT TYPE B   IMP TYPE SHL  USE TYPE RES   01 PERMIT FEE        $    1,605.52
                                             02 BLDG APP FEE      $       25.00
  ============FEE FACTORS==============      03 TRANSPORT. IMP.   $        0.00
CONTRACT COST OF WORK    $      80000        04 SCHOOL FEE IMP.   $        0.00
TOTAL AREA          SQ FT       3500         05 PBLC SFTY IMP     $        0.00
SPRINKLERED AREA    SQ FT          0         06 OFF-SITE DRAIN    $        0.00
ELECTRICAL SERVICE    AMPS         0         07 WATER CAP CONN    $        0.00
NBR OF FIRE ALARM STATIONS         0         08 SEWER CAP CONN    $        0.00
NUMBER OF STORIES                  1         09 ODENTON TWN CTR   $        0.00
NUMBER OF STANDPIPES               0         10 HEALTH PLAN REV   $        0.00
NUMBER OF ELEVATORS                0         11 ALLOC INTEREST    $        0.00
SMOKE DETECTORS (YES/NO)           N         12 CA SWM FEE        $        0.00
TYPE OF CONSTRUCTION              5B         13 CA SWM SECURITY   $        0.00
HEATING+MOTOR+OTHER (KW)         .00         14 CA FEE-IN-LIEU    $        0.00
NUMBER OF OUTLETS                  0         15 CA SECURITY       $        0.00
NUMBER OF FIXTURES                 0         16 CA INSPECT FEE    $        0.00
PIPE SIZE                          0         17 FCA FEE-IN-LIEU   $        0.00
DUCTED + NON-DUCTED ROOMS          0         18 FCA SECURITY      $        0.00
TOTAL APT UNITS                    0         19 FCA INSPECT FEE   $        0.00
                                                                   --------------
BOCA CALCULATION     234360                       PAGE FEES    $    1,630.52
PF1=PAGE 1  PF2=PAGE 2  PF10=MORE  PF12=EXIT      TOTAL FEES   $    1,630.52
_____
4-©           2      Sess-1     10.123.99.2              P144            5/30
```

Name: ipmatz00 - Date: 1/18/2018  Time: 11:22:09 AM

 **Tracie Reynolds <ipreyn26@aacounty.org>**

# Re: Request for Public Records
1 message

**Tracie Reynolds** <ipreyn26@aacounty.org>                    Thu, Oct 22, 2020 at 1:38 PM
To: davidnmabreylaw@gmail.com

Dear Mr. Mabrey:

This email is in response to your request for records available, pursuant to the Maryland Public Information Act, Maryland State Government Code Annotated, §§ 4-100, et seq. (the "Act") regarding archived building permit file B02348985 for 9131 Ft. Smallwood Road, Pasadena.

I am in receipt of your check for $57.50 to retrieve the file from archives, thank you.  Your receipt is attached to this email and I will mail the hardcopy to you via the USPS.

Please be advised the records responsive to your request are attached.

Sincerely,

On Tue, Oct 13, 2020 at 9:18 AM Tracie Reynolds <ipreyn26@aacounty.org> wrote:
Dear Mr. Mabrey:

This email is in response to your request for records available, pursuant to the Maryland Public Information Act, Maryland State Government Code Annotated, §§ 4-100, et seq. (the "Act") regarding building permit and code compliance files for Coconut Charlies, 9131 Ft. Smallwood Road, Pasadena.

Please be advised that a search was conducted and the records responsive to your request are attached.

Building permit file B02348985 has been archived.  There is a retrieval fee of $57.50 per file charged by our record retention vendor which is payable in advance by check or cash only.  If you agree to the fee please send a check in the amount of $57.50 payable to Anne Arundel County to my attention at the address listed below.  Once I receive your payment I will order the file.

Please be advised that we do not know what documents are in the file until we receive it from archives and cannot guarantee that the information you have requested is included.  Also, please be advised that additional copy charges may apply if copies are requested.

# Anne Arundel County, Maryland

## Cash Receipt

| | | |
|---|---|---|
| **DEPT/BUSINESS UNIT NUMBER** | I&P  1253 | |
| | **DATE** | 10/22/2020 |
| **DEPT/BUSINESS UNIT NAME** | PERMIT APPLICATION CENTER | |
| **RECEIVED OF** | LAW OFFICES OF DAVID N. MABREY | |
| **ISSUED BY** | TXR1258 | |
| | **DISTRIBUTION** | |
| | 20637828/B02348985 | |
| **PAID BY** | | ACCOUNTING......WHITE |
| (SEQUENCE/PERMIT NUMBER) | | CASHIER............YELLOW |
| | | ISSUING DEPT.....PINK |
| | | CUSTOMER..........GOLDENROD |

**VALIDATION**

| ACCOUNT NUMBER | SUBS./LEDGER TYPE REF 1 | VENDOR NO REF 2 | DESCRIPTION REF 3 | AMOUNT |
|---|---|---|---|---|
| 1253.6469 | | | 20637828/B02348985<br>DEMOLITION<br>COPY/RETRIEVE | 57.50 |

**TOTAL** 57.50



P2 Gradiney

# Building Permit Application ~~REVISED~~

REVISED

Permit Center
2664 Riva Road
Annapolis MD 21401

4-16-18

Permit Number 10234 8985    Fee    *B'*

Date 4-16-2018    Tax Acct # 3000-9001-8604    Perc #    UA/PWA#

Site Address 9131 Fort Smallwood Rd    Map 18    Block 01    Parcel 00    Lot(s)

City Pasadena    State MD    Zip 21122    Subdivision

Suite #    Tenant Name Coconut Charlie's    Tenant Location

**Property Owner Information**

Company Name

Name Ralph Jackson

Mailing Address 9131 Ft Smallwood

City Pasadena    State MD    Zip 21122

Telephone

Email

**Contractor's Information**

Lic Type & #    Company Name

Name

Mailing Address

City    State    Zip

Telephone

Email

**Applicant Information**    #811

Company Name Permit Services Inc

Name Brenda Fraley Gardner

Mailing Address 2011 Fraley Lane

City Pasadena    State MD    Zip 21122

Telephone 410 360 2228

Email

**Engineer Information**

Company Name

Name

Mailing Address

City    State    Zip

Telephone

Email

**Architect Information**

Company Name

Name

Mailing Address

City    State    Zip

Telephone

Email

**Permit Type-Check One**

☐ New                ☐ Sprinklers

☐ Addition          ☐ Accessory Structure-
                          Indicate heights of:

☐ Alteration/Repairs
                          Principal _____ ft _____ in
☐ Sign
                          Accessory _____ ft _____ in

Is this permit application to resolve a violation?
☐ Yes                ☐ No

Describe Proposed Work: Revise Remove / Demo Foundation & clean up site Destroyed By Fire

revised 8/7/14 jpr

## Residential Building Permit Application Details

| | Property Details | | | |
|---|---|---|---|---|
| Corner Lot | Yes ☐ No ☑ | Public Water ☐ | | |
| Waterfront | Yes ☐ No ☑ | Public Sewer ☑ | | |
| Critical Area | Yes ☐ No ☑ | Well ☑ | | |
| Bog Area | Yes ☑ No ☐ | Septic ☑ | | |
| ADC Map | | Mayo System ☐ | | |
| Zoning Classification | C-2 | | | |
| Name of Waterway | | | | |

| Construction Details | | | | |
|---|---|---|---|---|
| | Width | X | Length | Total Sq. Ft. |
| Unfinished Basement | | X | | |
| Finished Basement | | X | | |
| 1st Floor | | X | | |
| 2nd Floor | | X | | |
| 3rd Floor | | X | | |
| Garage/Carport | | X | | |
| Porch | | X | | |
| Deck | | X | | |
| Shed | | X | | |
| Other | | | | |
| Total Square Footage | | | | |
| Total Finished Area- per ANSI Z765-2003 | | | | |
| Cost of Work | | | | $15,000 00 |
| Grading Permit # | | | | N/A |

| Building Characteristics | | |
|---|---|---|
| Bldg Height: | Existing | Proposed |
| Number of Stories | | |
| Number of Bedrooms | | |
| Number of Baths | | |
| Smoke Detectors | | |
| Carbon Monoxide Detectors | | |
| Fireplace | | |
| Heating Fuel Type/AC | | |

Proposed Work to Include (check all that apply):

Sprinklers  Yes ☐  No ☑       Plumbing  Yes ☐  No ☑

Electric  Yes ☐  No ☑         Heating/AC  Yes ☐  No ☐

## Commercial Building Permit Application Details

| | | | |
|---|---|---|---|
| Use Group | | Heating Fuel | |
| Construction Type | | Number of Stories | |
| Existing Use | | Building Height: Existing ___ Proposed ___ | |
| Proposed Use | | Number of Fire Alarms | |
| Number of Elevators | | Total Square Footage | |
| Number of Standpipes | | Sprinklered Area Square Footage | |
| Smoke Detectors | | | |

The applicant hereby certifies as follows:  1) that he/she is authorized to make this application; 2) that all information provided by the applicant, whether on an original application or on an application for a revision, is true and correct, including all information on any attachments hereto; 3) that, on an application for revision and all attachments thereto, he/she has brought to the attention of the Permit Center all changes being made from the original application and attachments thereto by highlighting those changes on this form and the attachments; 4) that he/she will comply with all regulations of Anne Arundel County which are applicable hereto; 5) that he/she will perform no work on the above property not specifically described in this application; 6) that he/she grants County officials the right to enter onto the property for the purpose of inspecting the work permitted and posting notices.

Signed _____     Date: _04-16-18_

Owner/Agent

Print Name: _____

Many subdivisions and neighborhoods within Anne Arundel County have private deed restrictions or covenants regulating building construction. Anne Arundel County staff will not determine whether or not the work covered by a permit satisfies these covenants. Obtaining a building permit does not relieve the homeowner of his responsibility for determining the nature of applicable covenants and private deed restrictions and complying with covenants. It is recommended that the Land Records Office of the Anne Arundel County Clerk of the Court's office be checked to determine whether or not covenants or restrictions exist that regulate the proposed work. You may also wish to check with your Civic or Homeowner's Association to see if other restrictions apply.

N 57°30'00" E 420.00'

EXISTING GRAVEL
PARKING
PREVIOUSLY OVER

TOTAL AREA
EXISTING MAC/GRAVEL
PARKING = 12,850 SF

MAC/GRAVEL
PARKING

S 32°30'00" E 210.00'

N 32°30'00" W 210.00'

CHAIN LINK FENCE

WOOD FENCE

1 STORY
FRAME'

PREVIOUS MAC. DW.
NOW OUTDOOR
SEATING AREA

S 57°30'00" W 420.00'

FORT SMALLWOOD ROAD



THIS PLAT IS NOT INTENDED TO BE USED FOR
THE PURPOSE OF ESTABLISHING BOUNDARY
LINES!!!

THIS SURVEY WAS PREPARED WITHOUT BENEFIT
OF A TITLE REPORT.

= CONCRETE

**GENERAL NOTES**

1). THIS PLAT IS OF BENEFIT TO THE CONSUMER
ONLY INSOFAR AS IT IS REQUIRED BY A LENDER OF A
TITLE INSURANCE COMPANY OR ITS AGENT IN
CONNECTION WITH A CONTEMPLATED TRANSFER,
FINANCING, OR RE-FINANCING.

2). THIS PLAT IS NOT TO BE USED OR RELIED UPON
FOR THE ESTABLISHMENT OR LOCATION OF FENCES,
GARAGES, BUILDINGS, OR ANY OTHER FUTURE
IMPROVEMENTS.

3). THIS PLAT DOES NOT PROVIDE FOR THE
ACCURATE IDENTIFICATION OF PROPERTY
BOUNDARY LINES, BUT SUCH IDENTIFICATION MAY
NOT BE REQUIRED FOR THIS TRANSFER OF TITLE OR
SECURING FINANCING OR RE-FINANCING.

**LOCATION DRAWING:**
I HEREBY CERTIFY THAT THE IMPROVEMENTS ARE LOCATED AS
SHOWN HEREON, AND TO THE BEST OF MY INFORMATION,
PROFESSIONAL KNOWLEDGE AND BELIEF, THERE ARE NO
ENCROACHMENTS EXCEPT AS SHOWN HEREON, AND THAT THE
IMPROVEMENTS APPEAR TO BE IN FLOOD ZONE C. THIS
SURVEY IS TO ESTABLISH THESE ABOVE GROUND
IMPROVEMENTS ONLY AND NOT INTENDED TO FIND
UNDERGROUND UTILITIES OR OTHER INSTALLATIONS. THE
LEVEL OF ACCURACY FOR THIS DRAWING IS
1' +/-

REVISED
4-16-R
B

**Schulte & Assoc. Inc.**
4399 MOUNTAIN ROAD
PASADENA, MD 21122
PHONE: 410-360-9464
FAX: 410-360-0247

Address:
9131 FORT SMALLWOOD RD.
PASADENA, MD 21122

Property Description:

LOCATION DRAWING OF
9131 FORT SMALLWOOD RD.
PASADENA, MD 21122
A.A.CO.MD
DEED REF #.6560/718

Date:10/05/09   Job #:9376

Walter T. Tydings                    Date
Property Line Surveyor # 150



N 57°30'00" E  420.00'

S 32°30'00" E  210.00'

N 32°30'00" W  210.00'

EXISTING GRAVEL PARKING PREVIOUSLY OVER

TOTAL AREA
EXISTING MAC/GRAVEL
PARKING= 12,850 SF

MAC/GRAVEL
PARKING

1 STORY
FRAME

PREVIOUS MAC. NOW OUTDOOR SEATING AREA

CHAIN LINK FENCE

WOOD FENCE

OFFICE -B02348985

S 57°30'00" W  420.00'

**FORT SMALLWOOD ROAD**

THIS PLAT IS NOT INTENDED TO BE USED FOR
THE PURPOSE OF ESTABLISHING BOUNDARY
LINES!!!

THIS SURVEY WAS PREPARED WITHOUT BENEFIT
OF A TITLE REPORT.

▓▓▓▓▓ = CONCRETE

**GENERAL NOTES**
1). THIS PLAT IS OF BENEFIT TO THE CONSUMER
ONLY INSOFAR AS IT IS REQUIRED BY A LENDER OF A
TITLE INSURANCE COMPANY OR ITS AGENT IN
CONNECTION WITH A CONTEMPLATED TRANSFER,
FINANCING, OR RE-FINANCING.

2). THIS PLAT IS NOT TO BE USED OR RELIED UPON
FOR THE ESTABLISHMENT OR LOCATION OF FENCES,
GARAGES, BUILDINGS, OR ANY OTHER FUTURE
IMPROVEMENTS.

3). THIS PLAT DOES NOT PROVIDE FOR THE
ACCURATE IDENTIFICATION OF PROPERTY
BOUNDARY LINES. BUT SUCH IDENTIFICATION MAY
NOT BE REQUIRED FOR THIS TRANSFER OF TITLE OR
SECURING FINANCING OR RE-FINANCING.

**LOCATION DRAWING:**
I HEREBY CERTIFY THAT THE IMPROVEMENTS ARE LOCATED AS
SHOWN HEREON, AND TO THE BEST OF MY INFORMATION,
PROFESSIONAL KNOWLEDGE AND BELIEF, THERE ARE NO
ENCROACHMENTS EXCEPT AS SHOWN HEREON. AND THAT THE
IMPROVEMENTS APPEAR TO BE IN FLOOD ZONE C. THIS
SURVEY IS TO ESTABLISH THESE ABOVE GROUND
IMPROVEMENTS ONLY AND NOT INTENDED TO FIND
UNDERGROUND UTILITIES OR OTHER INSTALLATIONS. THE
LEVEL OF ACCURACY FOR THIS DRAWING IS
1' +/-



REVISED
4-16-18
"B"

**Schulte & Assoc. Inc.**
4399 MOUNTAIN ROAD
PASADENA, MD 21122
PHONE: 410-360-9464
FAX: 410-360-0247

| Address. | Property Description |
|---|---|
| 9131 FORT SMALLWOOD RD. PASADENA, MD 21122 | LOCATION DRAWING OF |
| Date:10/05/09   Job #:9376 | 9131 FORT SMALLWOOD RD. PASADENA, MD 21122 A.A.CO.MD DEED REF # 6560/718 |

Walter T. Tydings                          Date
Property Line Surveyor # 150



**N 57°30'00" E   420.0'**

S 32°30'00" E   210.00'

N 32°30'00" W   210.00'

TOTAL AREA
EXISTING MAC/GRAVEL
PARKING= 12,850 SF

MAC/GRAVEL
PARKING

1 STORY
FRAME

**S 57°30'00" W   420.00'**

**FORT SMALLWOOD ROAD**

THIS PLAT IS NOT INTENDED TO BE USED FOR
THE PURPOSE OF ESTABLISHING BOUNDARY
LINES!!!

THIS SURVEY WAS PREPARED WITHOUT BENEFIT
OF A TITLE REPORT.

= CONCRETE

**GENERAL NOTES**
1). THIS PLAT IS OF BENEFIT TO THE CONSUMER
ONLY INSOFAR AS IT IS REQUIRED BY A LENDER OF A
TITLE INSURANCE COMPANY OR ITS AGENT IN
CONNECTION WITH A CONTEMPLATED TRANSFER,
FINANCING, OR RE-FINANCING.

2). THIS PLAT IS NOT TO BE USED OR RELIED UPON
FOR THE ESTABLISHMENT OR LOCATION OF FENCES,
GARAGES, BUILDINGS, OR ANY OTHER FUTURE
IMPROVEMENTS.

3). THIS PLAT DOES NOT PROVIDE FOR THE
ACCURATE IDENTIFICATION OF PROPERTY
BOUNDARY LINES. BUT SUCH IDENTIFICATION MAY
NOT BE REQUIRED FOR THIS TRANSFER OF TITLE OR
SECURING FINANCING OR RE-FINANCING.

**LOCATION DRAWING:**
I HEREBY CERTIFY THAT THE IMPROVEMENTS ARE LOCATED AS
SHOWN HEREON, AND TO THE BEST OF MY INFORMATION,
PROFESSIONAL KNOWLEDGE AND BELIEF, THERE ARE NO
ENCROACHMENTS EXCEPT AS SHOWN HEREON. AND THAT THE
IMPROVEMENTS APPEAR TO BE IN FLOOD ZONE C. THIS
SURVEY IS TO ESTABLISH THESE ABOVE GROUND
IMPROVEMENTS ONLY AND NOT INTENDED TO FIND
UNDERGROUND UTILITIES OR OTHER INSTALLATIONS. THE
LEVEL OF ACCURACY FOR THIS DRAWING IS
1' +/-

Walter T. Tydings                                          Date
Property Line Surveyor # 150

**Schulte & Assoc. Inc.**
4399 MOUNTAIN ROAD
PASADENA, MD 21122
PHONE: 410-360-9464
FAX: 410-360-0247



REVISED
4/16/18   B

Address.
9131 FORT SMALLWOOD RD.
PASADENA, MD 21122

Property Description

Date:10/05/09   Job #:9376

**LOCATION DRAWING OF**
9131 FORT SMALLWOOD RD.
PASADENA, MD 21122
A.A.CO.MD
DEED REF # 6560/718



N 57°30'00" E 420.00'

S 32°30'00" E 210.00'

N 32°30'00" W 210.00'

TOTAL AREA
EXISTING MAC/GRAVEL
PARKING= 12,850 SF

MAC/GRAVEL
PARKING

CHAIN LINK FENCE

WOOD FENCE

1 STORY
FRAME

PREVIOUS MAC. DAY
NOW OUTDOOR
SEATING AREA

EXISTING GRAVEL
PARKING
PREVIOUSLY OVER

S 57°30'00" W  420.00'

FORT SMALLWOOD ROAD

THIS PLAT IS NOT INTENDED TO BE USED FOR
THE PURPOSE OF ESTABLISHING BOUNDARY
LINES!!!

THIS SURVEY WAS PREPARED WITHOUT BENEFIT
OF A TITLE REPORT.

= CONCRETE

**GENERAL NOTES**
1). THIS PLAT IS OF BENEFIT TO THE CONSUMER
ONLY INSOFAR AS IT IS REQUIRED BY A LENDER OF A
TITLE INSURANCE COMPANY OR ITS AGENT IN
CONNECTION WITH A CONTEMPLATED TRANSFER,
FINANCING, OR RE-FINANCING.

2). THIS PLAT IS NOT TO BE USED OR RELIED UPON
FOR THE ESTABLISHMENT OR LOCATION OF FENCES,
GARAGES, BUILDINGS, OR ANY OTHER FUTURE
IMPROVEMENTS.

3). THIS PLAT DOES NOT PROVIDE FOR THE
ACCURATE IDENTIFICATION OF PROPERTY
BOUNDARY LINES. BUT SUCH IDENTIFICATION MAY
NOT BE REQUIRED FOR THIS TRANSFER OF TITLE OR
SECURING FINANCING OR RE-FINANCING.

**LOCATION DRAWING:**
I HEREBY CERTIFY THAT THE IMPROVEMENTS ARE LOCATED AS
SHOWN HEREON, AND TO THE BEST OF MY INFORMATION,
PROFESSIONAL KNOWLEDGE AND BELIEF, THERE ARE NO
ENCROACHMENTS EXCEPT AS SHOWN HEREON. AND THAT THE
IMPROVEMENTS APPEAR TO BE IN FLOOD ZONE C. THIS
SURVEY IS TO ESTABLISH THESE ABOVE GROUND
IMPROVEMENTS ONLY AND NOT INTENDED TO FIND
UNDERGROUND UTILITIES OR OTHER INSTALLATIONS. THE
LEVEL OF ACCURACY FOR THIS DRAWING IS
1' +/-



REVISED
4/6/18 B

**Schulte & Assoc. Inc.**
4399 MOUNTAIN ROAD
PASADENA, MD 21122
PHONE: 410-360-9464
FAX: 410-360-0247

| Address. | Property Description |
|---|---|
| 9131 FORT SMALLWOOD RD.<br>PASADENA, MD 21122 | LOCATION DRAWING OF<br>9131 FORT SMALLWOOD RD.<br>PASADENA, MD 21122<br>A.A.CO.MD |
| Date:10/05/09 | Job #:9376 |

DEED REF # 6560/718

Walter T. Tydings
Property Line Surveyor # 150          Date



N 57°30'00" E  420.00'

S 32°30'00" E  210.00'

N 32°30'00" W  210.00'

TOTAL AREA
EXISTING MAC/GRAVEL
PARKING= 12,850 SF

MAC/GRAVEL
PARKING

EXISTING GRAVEL
PARKING
PREVIOUSLY OVER

PREVIOUS MAC DAS
NOW OUTDOOR
SEATING AREA

1 STORY
FRAME

CHAIN LINK FENCE

WOOD FENCE

S 57°30'00" W  420.00'

**FORT SMALLWOOD ROAD**

THIS PLAT IS NOT INTENDED TO BE USED FOR
THE PURPOSE OF ESTABLISHING BOUNDARY
LINES!!!

THIS SURVEY WAS PREPARED WITHOUT BENEFIT
OF A TITLE REPORT.

▓▓▓▓▓ = CONCRETE

**GENERAL NOTES**
1). THIS PLAT IS OF BENEFIT TO THE CONSUMER
ONLY INSOFAR AS IT IS REQUIRED BY A LENDER OF A
TITLE INSURANCE COMPANY OR ITS AGENT IN
CONNECTION WITH A CONTEMPLATED TRANSFER,
FINANCING, OR RE-FINANCING.

2). THIS PLAT IS NOT TO BE USED OR RELIED UPON
FOR THE ESTABLISHMENT OR LOCATION OF FENCES,
GARAGES, BUILDINGS, OR ANY OTHER FUTURE
IMPROVEMENTS.

3). THIS PLAT DOES NOT PROVIDE FOR THE
ACCURATE IDENTIFICATION OF PROPERTY
BOUNDARY LINES, BUT SUCH IDENTIFICATION MAY
NOT BE REQUIRED FOR THIS TRANSFER OF TITLE OR
SECURING FINANCING OR RE-FINANCING.

**LOCATION DRAWING:**
I HEREBY CERTIFY THAT THE IMPROVEMENTS ARE LOCATED AS
SHOWN HEREON, AND TO THE BEST OF MY INFORMATION,
PROFESSIONAL KNOWLEDGE AND BELIEF, THERE ARE NO
ENCROACHMENTS EXCEPT AS SHOWN HEREON, AND THAT THE
IMPROVEMENTS APPEAR TO BE IN FLOOD ZONE C. THIS
SURVEY IS TO ESTABLISH THESE ABOVE GROUND
IMPROVEMENTS ONLY AND NOT INTENDED TO FIND
UNDERGROUND UTILITIES OR OTHER INSTALLATIONS. THE
LEVEL OF ACCURACY FOR THIS DRAWING IS
1' +/-

REVISED
B, 4/16/18

**Schulte & Assoc. Inc.**
4399 MOUNTAIN ROAD
PASADENA, MD 21122
PHONE: 410-360-9464
FAX: 410-360-0247

Walter T. Tydings                    Date
Property Line Surveyor # 150

| Address | Property Description |
| --- | --- |
| 9131 FORT SMALLWOOD RD. PASADENA, MD 21122 | LOCATION DRAWING OF 9131 FORT SMALLWOOD RD. PASADENA, MD 21122 A.A.CO.MD DEED REF # 6560/718 |
| Date:10/05/09   Job #:9376 | |



**N 57°30'00" E  420.00'**

S 32°30'00" E  210.00'

N 32°30'00" W  210.00'

TOTAL AREA
EXISTING MAC/GRAVEL
PARKING= 12,850 SF

**MAC/GRAVEL
PARKING**

EXISTING GRAVEL
PARKING
PREVIOUSLY OVER

CHAIN LINK FENCE

WOOD FENCE

1 STORY
FRAME

PREVIOUS MAC. DA
NOW OUTDOOR
SEATING ARE

**S 57°30'00" W  420.00'**

**FORT SMALLWOOD ROAD**

THIS PLAT IS NOT INTENDED TO BE USED FOR
THE PURPOSE OF ESTABLISHING BOUNDARY
LINES!!!

THIS SURVEY WAS PREPARED WITHOUT BENEFIT
OF A TITLE REPORT.

▨▨▨ = CONCRETE

**GENERAL NOTES**
1). THIS PLAT IS OF BENEFIT TO THE CONSUMER
ONLY INSOFAR AS IT IS REQUIRED BY A LENDER OF A
TITLE INSURANCE COMPANY OR ITS AGENT IN
CONNECTION WITH A CONTEMPLATED TRANSFER,
FINANCING, OR RE-FINANCING.

2). THIS PLAT IS NOT TO BE USED OR RELIED UPON
FOR THE ESTABLISHMENT OR LOCATION OF FENCES,
GARAGES, BUILDINGS, OR ANY OTHER FUTURE
IMPROVEMENTS.

3). THIS PLAT DOES NOT PROVIDE FOR THE
ACCURATE IDENTIFICATION OF PROPERTY
BOUNDARY LINES. BUT SUCH IDENTIFICATION MAY
NOT BE REQUIRED FOR THIS TRANSFER OF TITLE OR
SECURING FINANCING OR RE-FINANCING.

**LOCATION DRAWING:**
I HEREBY CERTIFY THAT THE IMPROVEMENTS ARE LOCATED AS
SHOWN HEREON, AND TO THE BEST OF MY INFORMATION,
PROFESSIONAL KNOWLEDGE AND BELIEF, THERE ARE NO
ENCROACHMENTS EXCEPT AS SHOWN HEREON. AND THAT THE
IMPROVEMENTS APPEAR TO BE IN FLOOD ZONE C. THIS
SURVEY IS TO ESTABLISH THESE ABOVE GROUND
IMPROVEMENTS ONLY AND NOT INTENDED TO FIND
UNDERGROUND UTILITIES OR OTHER INSTALLATIONS. THE
LEVEL OF ACCURACY FOR THIS DRAWING IS
1' +/-

Walter T. Tydings                          Date
Property Line Surveyor # 150

**Schulte & Assoc. Inc.**
4399 MOUNTAIN ROAD
PASADENA, MD 21122
PHONE: 410-360-9464
FAX: 410-360-0247



REVISED

| Address: | Property Description |
| --- | --- |
| 9131 FORT SMALLWOOD RD. PASADENA, MD 21122 | **LOCATION DRAWING OF** 9131 FORT SMALLWOOD RD. PASADENA, MD 21122 |

| Date:10/05/09 | Job #:9376 |
| --- | --- |

A.A.CO.MD
DEED REF # 8560/718

| | | |
|---|---|---|
| | | B — 02348985 |

Issue Date: 2017-09-08  
Applic Date: 2017-09-08  
ADC

**BUILDING ADDRESS**  
9131 FT SMALLWOOD RD  
PASADENA MD 21122

TAX ACCT NBR: **3000-9001-8604**  
SUBDIVISION: **ROCK CREEK**  
TAX MAP: **18** SQ. FT: **2.00**  
BLOCK(ST): **01** LOT:  
PARCEL: **0008** SECTION:  
DEED: **06560-718** BLOCK:  
PROP DESC:  
**2 ACRES**

2664 Riva Road  
Annapolis, MD 21401

**BUILDING PERMIT**  
**APPLC**  
TENANT **COCONUT CHARLIE'S**

```
====== CONTRACTOR ======
OWNER
XXXXXXXXXXXXXXXXXXX
XXXXXXX, XX 11111

PHONE:
COUNTY LICENSE: CTR 003157
STATE LICENSE:
LICENSEE:
PHONE:
=========OWNER =========
JACKSON RALPH G
9131 FORT SMALLWOOD RD
PASADENA          MD 21122

WORK:
HOME:
```

IMPROVEMENT TYPE **DEM**    LOC **9129 FT SMALLWOOD RD**  
TYPE OF USE.... **RESTAURANT/ASSEMBLY**  
PROPOSED USE... **DEMOLISH TO FOUNDATION**  
PRSD WORK LINE1  
LINE2 **RVSD 1/5/18 (KM)**

=HURRICANE=  
TIDE  
ZONE  
ELEV  
FLOOD MAP

**==BUILDING CHARACTERISTICS==**  
BUILDING HEIGHT (FT) **0**  
NUMBER OF STORIES **0**    ELEVATORS **0**  
NUMBER OF STANDPIPES **0**  
TYPE OF OWNERSHIP **PR**  
TYPE OF CONSTRUCTION **5B**  
SMOKE DETECTORS (Y/N) **Y**  
SEWAGE DISPOSAL TYPE **S**  
WATER SUPPLY TYPE **W**  
HEATING FUEL  
NBR OF FIRE ALARMS **0**  
TOTAL AREA SQ. FT **0**  
SPRINK. AREA SQ. FT **0**  
CONTRACT COST OF WORK $ **40000**

| ====BUILDING DIMENSIONS==== | LEN | WIDTH |
|---|---|---|
| AREA | | |
| UNFIN. BASEMENT | 0 | 0 |
| FIN. BASEMENT | 0 | 0 |
| 1ST FLOOR | 0 | 0 |
| 2ND FLOOR | 0 | 0 |
| GARAGE | 0 | 0 |
| CARPORT | 0 | 0 |
| PORCH | 0 | 0 |
| DECK | 0 | 0 |

=====AIRPORT====  
ZONE        NOISE  
FLIGHT PATTERN

=LOT CHARACTERISTICS=  
CORNER LOT        **N**  
WATER FRONT LOT   **N**

GRAI PERM  
NBR BEDRMS        **0**

==--=SETBACKS====  
FRONT      0    0  
REAR       0    0  
SIDE (MIN) 0    0  
SIDE (COMB) 0  
SIDE ST    0    0  
MAJ ARTERY 0

===MAX HEIGHT===  
STORIES    **0.0**  
FEET       **0**

===PARKING===  
OFF STR          0  
HANDICAP         0

ZONING  
OSD FEE AMOUNT        **0.00**  
OSD FEE CD DTE  
P.W. AGREEMENT  
FINISHED AREA    **0**  
CENSUS TRACT  
CRITICAL AREA    **N**  
CRIT AREA MAP    **0**  
DRIVEWAY APRONS  
STORMWATER MGMT

A PERMIT UNDER WHICH NO INSPECTION HAS BEEN REQUESTED WITHIN  
ONE YEAR AFTER ISSUANCE SHALL EXPIRE.  A PERMIT UNDER WHICH  
WORK COMMENCES WITHIN ONE YEAR SHALL BE CONSIDERED VALID IF  
CONSTRUCTION IS CONTINUOUS AND AT LEAST 33% IS COMPLETED EACH  
CONSECUTIVE YEAR FROM DATE OF ISSUANCE.  INSPECTIONS ARE  
REQUIRED FOR FOOTING TRENCHES, FOUNDATION (WATERPROOFING-DRAIN  
TILE-BACKFILL), FRAMING, INSULATION AND FINAL.  TWENTY-FOUR  
HOUR NOTICE IS REQUIRED FOR ALL INSPECTION REQUESTS.

A CERTIFICATE OF OCCUPANCY IS REQUIRED TO BE ISSUED BY THE BUILDING OFFICIAL BEFORE THIS  
BUILDING MAY BE OCCUPIED.  NO CERTIFICATE OF OCCUPANCY WILL BE ISSUED UNTIL ALL BUILDING,  
TRADE, HEALTH AND FIRE (IF REQUIRED) INSPECTIONS HAVE BEEN MADE AND APPROVED.  
  NOTE: SEPARATE ELECTRICAL, MECHANICAL, AND PLUMBING PERMITS ARE REQUIRED.

FTG _____  BFILL _____  INT-DTILE _____  EX-DTILE _____  SLAB _____

FRAME _____  INSUL _____  CEILING _____  STEEL _____  PIER _____

SPK RI _____  SPK FINAL _____  PROG _____  FINAL _____  FL CERT _____

*Director of Inspections and Permits*

| FEE: | 270.00 | PROJECT NUMBER: |
|---|---|---|
| Applic Date: | 2017-09-08 | |
| Issue Date: | 2017-09-08 | **B - 02348985** |

✓ 4757



# Building Permit Application

Permit Center
2664 Riva Road
Annapolis MD 21401

REVISED 1/5/18

| Permit Number 1302348985 | Fee 105 | | |
|---|---|---|---|
| Date 1-3-2018 | Tax Acct # 3000-9001-8604 | Perc # | UA/PWA# |

**Site Address** 9131 FT Smallwood Rd   Map 8   Block 01   Parcel 0008   Lot(s)

**City** Pasadena   State MD   Zip 21122   Subdivision Rock Creek

**Suite #**   **Tenant Name**   **Tenant Location**

| **Property Owner Information** | | **Contractor's Information** | |
|---|---|---|---|
| Company Name | | Lic Type & # | Company Name |
| Name Ralph Jackson | | Name | |
| Mailing Address 9131 FT Smallwood | | Mailing Address | |
| City Pasadena State MD Zip 21122 | | City | State Zip |
| Telephone | | Telephone | |
| Email | | Email | |

| **Applicant Information** #805 | | **Engineer Information** | |
|---|---|---|---|
| Company Name Permit Services, Inc | | Company Name | |
| Name Brenda Fraley Garver | | Name | |
| Mailing Address 2011 Fraley Lane | | Mailing Address | |
| City Pasadena State MD Zip 21122 | | City | State Zip |
| Telephone 410-360-2228 | | Telephone | |
| Email | | Email | |

| **Architect Information** | | **Permit Type-Check One** | |
|---|---|---|---|
| Company Name | | ☐ New | ☐ Sprinklers |
| Name | | ☐ Addition | ☐ Accessory Structure- indicate heights of: |
| Mailing Address | | ☒ Alteration/Repairs | |
| City State Zip | | ☐ Sign | Principal _____ ft _____ in |
| Telephone | | | Accessory _____ ft _____ in |
| Email | | Is this permit application to resolve a violation? ☐ Yes ☐ No | |

**Describe Proposed Work:**
Revise to Demo Building to Remove Roof walls & EX Wood Deck. Salvage Foundation As Possible. New Foundation & Structure Under Separate Permits

revised 8/7/14 jpr

## Residential Building Permit Application Details

| Property Details | | | | Construction Details | | | |
|---|---|---|---|---|---|---|---|
| Corner Lot | Yes | ✓ No | Public Water ☐ | | Width | X Length | Total Sq. Ft. |
| Waterfront | Yes | No | | Unfinished Basement | | X | |
| Critical Area | Yes | No | | Finished Basement | | X | |
| Bog Area | Yes | ✓ No | Septic ☐ | 1st Floor | | X | |
| ADC Map | | | Mayo System ☐ | 2nd Floor | | X | |
| Zoning Classification | NON-CONFORMING | | | 3rd Floor | | X | |
| Name of Waterway | | | | Garage/Carport | | X | |
| | | | | Porch | | X | |
| **Building Characteristics** | | | | Deck | | X | |
| Bldg Height: Existing____ Proposed____ | | | | Shed | | X | |
| Number of Stories | | | | Other | | | |
| Number of Bedrooms | | | | Total Square Footage | | | |
| Number of Baths | | | | Total Finished Area- per ANSI Z765-2003 | | | |
| Smoke Detectors | | | | Cost of Work | | $15,000 00 | |
| Carbon Monoxide Detectors | | | | Grading Permit # | | N/A | |
| Fireplace | | | | Proposed Work to Include (check all that apply): | | | |
| Heating Fuel Type/AC | | | | Sprinklers ☐ Yes ✓No — Plumbing ☐Yes ✓No | | | |
| | | | | Electric ☐ Yes ✓No   Heating/AC ☐Yes ✓No | | | |

## Commercial Building Permit Application Details

| | | |
|---|---|---|
| Use Group | Heating Fuel | |
| Construction Type | Number of Stories | |
| Existing Use | Building Height: Existing____ Proposed____ | |
| Proposed Use | Number of Fire Alarms | |
| Number of Elevators | Total Square Footage | |
| Number of Standpipes | Sprinklered Area Square Footage | |
| Smoke Detectors | | |

The applicant hereby certifies as follows: **1)** that he/she is authorized to make this application; 2) that all information provided by the applicant, whether on an original application or on an application for a revision, is true and correct, including all information on any attachments hereto; 3) that, on an application for revision and all attachments thereto, he/she has brought to the attention of the Permit Center all changes being made from the original application and attachments thereto by highlighting those changes on this form and the attachments; 4) that he/she will comply with all regulations of Anne Arundel County which are applicable hereto; 5) that he/she will perform no work on the above property not specifically described in this application; 6) that he/she grants County officials the right to enter onto the property for the purpose of inspecting the work permitted and posting notices.

Signed _____     Date: _01-03-18_
Owner/Agent

Print Name: _Chris Welsh_

Many subdivisions and neighborhoods within Anne Arundel County have private deed restrictions or covenants regulating building construction. Anne Arundel County staff will not determine whether or not the work covered by a permit satisfies these covenants. Obtaining a building permit does not relieve the homeowner of his responsibility for determining the nature of applicable covenants and private deed restrictions and complying with covenants. It is recommended that the Land Records Office of the Anne Arundel County Clerk of the Court's office be checked to determine whether or not covenants or restrictions exist that regulate the proposed work. You may also wish to check with your Civic or Homeowner's Association to see if other restrictions apply.

| | |
|---|---|
| **BUILDING** ADDRESS<br>9131 FT SMALLWOOD RD<br>PASADENA MD 21122 | ====== CONTRACTOR ======<br>FIRST CHOICE SERVICES INC<br>1744 SULPHUR SPRING ROAD<br>BALTIMORE, MD 21227 |

TAX ACCT NBR: 3000-9001-8604
SUBDIVISION: ROCK CREEK
TAX MAP: 18 SQ. FT:        2.00
BLOCK(ST): 01   LOT:
PARCEL: 0008   SECTION:
DEED: 06560-718   BLOCK:
PROP DESC:
**2 ACRES**

2664 Riva Road
Annapolis, MD 21401

PHONE: (410) 247-4105
COUNTY LICENSE: HIC 079260
STATE LICENSE:
LICENSEE:
PHONE: (410) 247-4105
=========OWNER =========
JACKSON RALPH G
9131 FORT SMALLWOOD RD
PASADENA              MD 21122

B — 02348985

Issue Date: 2017-09-08

Appl Date: 2017-09-08

ADC

BUILDING PERMIT | TENANT COCONUT CHARLIE'S APPLC | WORK:<br>HOME:

IMPROVEMENT TYPE DEM      LOC 9129 FT SMALLWOOD RD
TYPE OF USE.... RESTAURANT/ASSEMBLY
PROPOSED  USE... RMV ALL DRYWALL,FLOOR COVERINGS,CABINETRY,INSULTN
PRSD  WORK LINE1 & OTHR BLDG MATERIAL **NEEDED TO INSPECT** EXTENT OF
LINE2 **DAMAGE**

=HURRICANE=
TIDE
ZONE
ELEV
FLOOD MAP

==BUILDING CHARACTERISTICS==
BUILDING HEIGHT (FT)  0
NUMBER OF STORIES 0        ELEVATORS 0
NUMBER OF STANDPIPES 0
TYPE OF OWNERSHIP  PR
TYPE OF CONSTRUCTION  5B
SMOKE DETECTORS (Y/N) Y
SEWAGE DISPOSAL TYPE  S
WATER SUPPLY TYPE     W
HEATING FUEL
NBR OF FIRE ALARMS          0
TOTAL AREA SQ. FT           0
SPRINK. AREA SQ. FT         0
CONTRACT COST OF WORK  $    25000

| ===BUILDING DIMENSIONS ===== | | |
|---|---|---|
| AREA | LEN | WIDTH |
| UNFIN. BASEMENT | 0 | 0 |
| FIN. BASEMENT | 0 | 0 |
| 1ST FLOOR | 0 | 0 |
| 2ND FLOOR | 0 | 0 |
| GARAGE | 0 | 0 |
| CARPORT | 0 | 0 |
| PORCH | 0 | 0 |
| DECK | 0 | 0 |

=====AIRPORT====
ZONE      NOISE
FLIGHT PATTERN

=LOT CHARACTERISTICS=
CORNER LOT        N
WATER FRONT LOT   N

GRAD PERM
NBR BEDRMS              0

====SETBACKS====
FRONT        0    0
REAR         0    0
SIDE(MIN)    0    0
SIDE(COMB)   0
SIDE ST      0    0
MAJ ARTERY   0

===MAX HEIGHT===
STORIES      0.0
FEET         0

===PARKING===
OFF STR          0
HANDICAP         0

ZONING
OSD FEE AMOUNT        0.00
OSD FEE CD DTE
P.W. AGREEMENT
FINISHED AREA       0

CENSUS TRACT
CRITICAL AREA   N
CRIT AREA MAP       0
DRIVEWAY APRONS
STORMWATER MGMT

A PERMIT UNDER WHICH NO INSPECTION HAS BEEN REQUESTED WITHIN
ONE YEAR AFTER ISSUANCE SHALL EXPIRE.  A PERMIT UNDER WHICH
WORK COMMENCES WITHIN ONE YEAR SHALL BE CONSIDERED VALID IF
CONSTRUCTION IS CONTINUOUS AND AT LEAST 33% IS COMPLETED EACH
CONSECUTIVE YEAR FROM DATE OF ISSUANCE.  INSPECTIONS ARE
REQUIRED FOR FOOTING TRENCHES, FOUNDATION (WATERPROOFING-DRAIN
TILE-BACKFILL), FRAMING, INSULATION AND FINAL.  TWENTY-FOUR
HOUR NOTICE IS REQUIRED FOR ALL INSPECTION REQUESTS.

A CERTIFICATE OF OCCUPANCY **IS REQUIRED** TO BE ISSUED BY THE BUILDING OFFICIAL BEFORE THIS
BUILDING MAY BE OCCUPIED.  **NO CERTIFICATE** OF OCCUPANCY WILL BE ISSUED UNTIL ALL BUILDING,
TRADE, HEALTH AND FIRE (IF REQUIRED) INSPECTIONS HAVE BEEN MADE AND APPROVED.
  NOTE: SEPARATE ELECTRICAL, MECHANICAL, AND PLUMBING PERMITS ARE REQUIRED.

FTG _____   BFILL _____   INT-DTILE _____   EX-DTILE _____   SLAB _____

FRAME _____   INSUL _____   CEILING _____   STEEL _____   PIER _____

SPK RI _____   SPK FINAL _____   BLDG _____   FINAL _____   FL CERT _____

_Director of Inspections and Permits_

FEE:              165.00

PROJECT NUMBER:

Applic Date:   2017-09-08
Issue Date:    2017-09-08

B  -  02348985



9129 Ft Smallwood Rd

7/28/17

# Building Permit Application

Permit Center
2664 Riva Road
Annapolis MD 21401

42606

| Permit Number | | Fee | $ 105.00 | | | | |
|---|---|---|---|---|---|---|---|
| B02348985 | | | | | | | |

| Date 9/7/17 | Tax Acct # 03-000-9001860 | | Perc # | UA/PWA# |
|---|---|---|---|---|

| Site Address 9131 Fort Smallwood Rd. | | | Map 18 | Block | Parcel 8 | Lot(s) |
|---|---|---|---|---|---|---|

9129

| City PAsadena | State MD | Zip 21122 | Subdivision |
|---|---|---|---|

| Suite # | Tenant Name COCONUT Charlie's | Tenant Location 19100 |
|---|---|---|

### Property Owner Information

Company Name

Name Ralph Jackson

Mailing Address 9131 Fort Smallwood Rd.

City PAsadena  State MD  Zip 21122

Telephone 410-320-2618

Email

### Applicant Information

Company Name First Choice Services

Name JOE Ernest

Mailing Address 1744 Sulphur Spring

City Baltimore  State MD  Zip 21227

Telephone 410-242-4105

Email JOE @ Fire Wind Water.com

### Architect Information

Company Name

Name

Mailing Address

City  State  Zip

Telephone

Email

### Contractor's Information

Lic Type & # MHIC 79069   Company Name First Choice Services

Name JOE Ernest

Mailing Address 1744 Sulphur Spring Rd

City Baltimore  State MD  Zip 21227

Telephone 410-242-4105

Email JOE @ FireWindWater.com

### Engineer Information

Company Name EBA Engineering

Name FRANK TAVerna

Mailing Address

City Baltimore  State MD  Zip

Telephone 410-474-3518

Email

### Permit Type-Check One

☐ New
☐ Addition
☒ Alteration/Repairs
☐ Sign
☐ Sprinklers
☐ Accessory Structure-
indicate heights of:

Principal _____ft _____in
Accessory _____ft _____in

Is this permit application to resolve a violation?
☐ Yes  ☐ No

Describe Proposed Work: Remove all Drywall, Floor Coverings, Cabinetry, Insulation and Any other Building Material Needed To Inspect Extent of Damage. A Engineer will Be scheduled To Inspect structure DAmAye After Interior Demo is Complete.

7/28/17

revised 8/7/14 jpr

# Anne Arundel County, Maryland
## Cash Receipt

**DEPT/BUSINESS UNIT NUMBER** I&P 1253

**DATE** 09/08/2017

**DEPT/BUSINESS UNIT NAME** PERMIT APPLICATION CENTER

**RECEIVED OF** FIRST CHOICE SERVICES,1744 SULPHUR SPRIN
G RD, BALTIMORE, MD 21227

**ISSUED BY** LED1253

**DISTRIBUTION**

20571115/B02348985

**PAID BY**
**(SEQUENCE/PERMIT NUMBER)**

ACCOUNTING .....WHITE
CASHIER........ ....YELLOW
ISSUING DEPT.....PINK
CUSTOMER........ ...GOLDENROD

**VALIDATION**

RIVA  11:33
09/08/17
$ 165.00
10123717
42606
Check/Credit Card #:
ANNE ARUNDEL COUNTY, MD
I&C REVENUE
Date / Time
Payment #
Receipt #

| ACCOUNT NUMBER | SUBS./LEDGER TYPE REF 1 | VENDOR NO REF 2 | DESCRIPTION REF 3 | AMOUNT |
|---|---|---|---|---|
| 1253.5883 | | 20571115/B02348985 DEMOLITION DEMOLITION | | 140.00 |
| 1253.5882 | | 20571115/B02348985 DEMOLITION BLDG APP FEE | | 25.00 |

**TOTAL** 165.00

# Anne Arundel County, Maryland
## Cash Receipt

I&P   1253                           01/05/2018

**DEPT/BUSINESS UNIT NUMBER**              **DATE**

**DEPT/BUSINESS UNIT NAME**       PERMIT APPLICATION CENTER

RECEIVED OF        PERMIT SERVICES, 2011 FRALEY LANE
                   PASADENA, MD 21122

**ISSUED BY**        STC1214

                     20578155/B02348985

**PAID BY**
(SEQUENCE/PERMIT NUMBER)

**DISTRIBUTION**

ACCOUNTING... ..WHITE
CASHIER.. ... .....YELLOW
ISSUING DEPT......PINK
CUSTOMER... ....GOLDENROD

VALIDATION

RIVA
01/05/18  15:18
% 105.00
ANNE ARUNDEL COUNTY, MD    10725392
MISC REVENUE               4757
Date / Time
Payment #
Receipt #
Check/Credit Card #:

| ACCOUNT NUMBER | SUBS./LEDGER TYPE REF 1 | VENDOR NO REF 2 | DESCRIPTION REF 3 | AMOUNT |
|---|---|---|---|---|
| 1253.5883 | | 20578155/B02348985 DEMOLITION DEMOLITION | | 105.00 |

TOTAL

105.00



Fire Department
8501 Veterans Highway
Millersville, MD 21108
Phone (410) 222-8200
www.aacounty.org

Allan C. Graves
Fire Chief



September 7, 2017

**RE: MPIA Request #201748694**

Dear Sir or Madam:

Our office is in receipt of your request dated **September 7, 2017**, which was received on **September.** Enclosed you will find the report(s) you requested and a receipt for the administrative processing fee. Please note that some information may be redacted from the report pursuant to Maryland code, if applicable.

If I can be of further assistance, please feel free to contact me at (410) 222-8307.

Sincerely,

*Melinda S. Ramsey*

Melinda S. Ramsey
Custodian of Records
fdrecords@aacounty.org
410-222-8307 Office
410-222-3052 Fax

Enclosure

1-3-2018

Permit application Center
2664 Rwa Road
Annapolis, Md 21401

attn: Kathy Matyel

Re: B023+8985

Can you please Remove First Choice Servica, Inc
from this Demo permit. They are no
longer Working on our Job.

Thank you,

x [signature]



Anne Arundel County, Maryland | Citizens Information Center

Home Contact Us

>> Permit Home
>> Permit Menu
>> Permit Inquiry
>> Permit Browse



**Department of Inspections and Permits**

Welcome home to Anne Arundel County!

## Permit Status Display

### Permit Number and Status

| Permit Type | Building | Permit Number | B02348985 |
|---|---|---|---|
| Permit Status | Active | Project Number | |
| Application Date | 09/08/2017 | Issue Date | 09/08/2017 |
| Completion Date | | CO Issue Date | |
| Renewal Date | | Expiration Date | |
| Internet Application | | | |

### Property Information

| Tax Account Number | 3000-9001-8604 | | | | | |
|---|---|---|---|---|---|---|
| Address | 9131 FT SMALLWOOD RD | | | | | |
| | PASADENA, MD 21122 | | | | | |
| Job Location | 9129 FT SMALLWOOD RD | | | | | |
| State Tax Map | 18 | Block | 01 | Parcel | | 0008 |
| County Lot Nbr | | Block | | Section | | |

### Permit Information

| Contractor Name | FIRST CHOICE SERVICES INC |
|---|---|
| Improvement Type | DEMOLITION |
| Use Type | RESTAURANT/ASSEMBLY |
| Proposed Work | RMV ALL DRYWALL,FLOOR COVERINGS,CABINETRY,INSULTN |
| | & OTHR BLDG MATERIAL NEEDED TO INSPECT EXTENT OF |
| | DAMAGE |
| Cost Of Work | $25000 |

Approval Status    Permit Fees    Inspection History    Pending Inspections



**ANNE ARUNDEL COUNTY**
**M A R Y L A N D**
Heritage Office 2664 Riva Road
Annapolis, Maryland 21401

**DEPARTMENT OF INSPECTIONS & PERMITS**
**STANDARD GRADING PLAN APPLICATION**

PERMIT APPLICATION CENTER 410-222-7720
EROSION & SEDIMENT CONTROL 410-222-7780

Tax Account Number 3 0 0 0 9 0 0 1 - 8 6 0 4    Building Permit # _____

Subdivision Name *(if applicable)* Rock Creek    Lot _____ Block _____

Location 9131   Ft Smallwood Rd    Pasadena 21122
    Number    Street    Post Office

Owner Ralph Jackson
    Name
9131 Ft Smallwood Rd    Pasadena 21122
Address    Phone    State    Zip

Proposed Work Revise to Demo Building to Remove Roof
walls + Ex wood Deck. Salvage Foundation As possible

Critical Area Designation N/A    Distance from water to disturbed area N/A ft.

Steepest slope disturbed 6 % Lot size 2 acres    Area to be disturbed 1050 sq. ft.

I/we certify that I/we have the authority to make this application, that the proposed work is authorized by
the owner in fee; that the information above is correct and that I/we have chosen this method to satisfy
our sediment control obligation. I/we certify that the proposed construction meets the conditions and
limitations established and contained in the Anne Arundel Soil Conservation District's Standard
Sediment and Erosion Control Plan www.aacounty.org/IP/Resources/SGP.pdf; and I/we have the ability
and will meet all the limitations and conditions set forth by said plan.

Applicant's Signature Brenda Garvey    Date 1-4-2018

Applicant's Name (Please Print) Brenda GARVEY
    Company Name — If a Corporation

---

Approved – Compliance with the Standard Erosion Control Plan for Anne Arundel County, and:
☐ the attached Standard Plan becomes part of the building permit and is subject to any special
conditions listed below.
☐ the attached Standard Plan allows for site grading without a separate grading permit and is subject to
any special conditions listed below. Approval is granted for one year unless otherwise noted.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
☐ Not Approved – Grading permit required. Site fails to meet the conditions as detailed in Anne Arundel
Soil Conservation District Resolution 2010-5

Inspector: _____
    Sign and Print    Date

SPECIAL CONDITIONS: _____
_____
_____

Revised March 2012/jpr

| Incident | 1748694-000 | | | **Anne Arundel County Fire** | | | | |
| Date and Time | 07/28/2017 03:06:02 | | | 8501 Veterans HWY | | | | |
| Station | 10 | | | Millersville, MD  21108 | | | | |
| Shift | A | | | (410)222-8200 | | | | |
| Member Making | 000683 - Michael Mattison | | | | | | | |
| Officer In Charge | 000613 - Robert Brewer | | | | | | | |

| **Dates And Times** | | **Location Information** | | | | |
|---|---|---|---|---|---|---|
| Alarm Time | 07/28/2017 03:06:02 | Type: | **Street Address** | Latitude | | Station  10 |
| Arrival Time | 07/28/2017 03:13:00 | 9129 FORT SMALLWOOD RD | | Longitude | | District  1010 |
| Controlled Time | | | | Census Tract | | |
| Last Unit Cleared | 07/28/2017 08:46:10 | Pasadena   MD   21122 | | Property Use | 162 - Bar or nightclub | |

| Alarms | 2 | | | | |
|---|---|---|---|---|---|
| IncidentType | 111 - Building fire | **Injuries and Fatalities** | Property Loss | $200000 | Value | $200000 |
| Mutual Aid | N  - None | Civilian Injury | 0 | Contents Loss | $0 | Value | $0 |
| | | Civilian Death | 0 | Response Time | 6183666 6.0 | Actions | 11 - Extinguish |
| Detector Present | 2 - None Present | Fire Fighter Injury | 0 | Units | 55 | #2 | 51 - Ventilate |
| Hazmat Release | | Fire Fighter Death | 0 | Persons | 57 | #3 | 52 - Forcible entry |
| Area Of Origin | Other | | | Factor Contributing To Ignition | | Undetermined |
| Heat Source | Undetermined | | | Fire Supression Factor | | |
| Item First Ignited | Undetermined | | | Human Factor | | None |
| Material First Ignited | Undetermined | | | | | |
| Cause of Ignition | Cause under investigation | | | | | |
| Buildings Involved | 1 | | | | | |
| Residential Units | | | | | | |
| Acres | | | | | | |

| Structure Type | Enclosed building | | |
|---|---|---|---|
| Structure Status | In normal use | Story Of Origin | 1 |
| Fire Spread | Confined to building of origin | Floors Above Grade | 1 |
| Item Contributing to Flame Spread | | Floors Below Grade | 1 |
| Material Contributing to Flame Spread | | **Floors Damaged** | |
| Length | 60 | Minor | |
| Width | 40 | Significant | |
| Area | 2400 | Heavy | 1 |
| | | Extreme | |

| Unit | Dispatch | Enroute | Arrival | To Med | At Med | Cleared | In Service | In Quarters |
|---|---|---|---|---|---|---|---|---|
| E122 | 03:06:42 | 03:09:25 | 03:14:41 | | | 06:48:15 | | |
| TK13 | 03:06:42 | 03:10:02 | 03:16:56 | | | 06:49:27 | | |
| E201 | 03:08:26 | 03:11:14 | 03:17:11 | | | 06:48:06 | | |
| TK30 | 03:08:26 | 03:11:40 | 03:17:14 | | | 06:43:49 | | |
| TA40 | 03:08:26 | 03:12:45 | 03:34:48 | | | 06:34:54 | | |
| TA6 | 03:08:26 | 03:12:39 | 03:35:40 | | | 04:19:33 | | |
| E084 | 03:08:26 | 03:11:18 | 03:38:49 | | | 06:34:23 | | |
| E121 | 03:08:27 | 03:10:28 | 03:17:51 | | | 06:32:52 | | |
| E112 | 03:08:27 | 03:11:27 | 03:26:47 | | | 06:28:58 | | |
| TK33 | 03:08:27 | | | | | 03:09:21 | | |
| SQ43 | 03:08:27 | | | | | 03:09:32 | | |
| MU10 | 03:08:27 | 03:11:28 | 03:15:57 | | | 06:49:56 | | |
| BC02 | 03:08:28 | 03:09:40 | 03:23:32 | | | 06:58:21 | | |
| SAFE5 | 03:08:28 | 03:10:49 | 03:33:10 | | | 06:20:04 | | |
| E181 | 03:08:52 | 03:11:40 | 03:18:52 | | | 06:37:55 | | |

**Narratives**

0 07/28/2017 07:19:07

Narrative Written By          000831 David M. Peel

On Friday, 28 July 2017 at 03:06:02, units E104, TK13, E201, E121, E112, TK30, TK33, SQ43, TA40, TA6, E084, MU10, BC02, SAFE5, E181, SQ33, C11, AC11, FM868, FM869, E261, TA03, ME094, SAFE1, PIO3, CW3, CW1, RHAB1, OPS05, MU30, WI, E311, E321, E211, BCE57, TW26, TK31, SQ43, TA01, TA42, MU12, BC01, SAFTY, EMS01, PLAN, 2AC1, E171, SQ38, SQ04, FM861, K91, E231, OPS2, U13 and PIO1 responded to an unreported incident type at 9129 FORT SMALLWOOD RD, Pasadena, MD 21122. Upon arrival a 111 – Building fire incident was found.

The primary property use is 162 - Bar or nightclub.

Unit AC11, the first arriving unit, arrived at 03:13:59. The last unit on scene, BC02, cleared the scene at 06:58:21.

Actions taken by the primary responding units were: 11 - Extinguish; 51 - Ventilate and 52 - Forcible entry.

A total of 55 apparatus and 29 personnel responded to this call.

E104 was initially dispatched for an "alarm sounding" but the assignment was quickly upgraded to a full box assignment with reports coming in of fire showing on the side of the building. E104 laid an initial supply line to the A side of the building but was directed to the C side of the building by C11 who was on location and had established command. E104 advanced a 1 3/4 handline to the B side and encountered a wooden walkway on fire with extension to the siding on the building as a continuous water supply was established. The fire was quickly extinguished and entry was forced via the B side door and the C side door. The exterior siding and gutters were removed to ensure no extension on the exterior. Interior ceilings were hooked and the attic hatch was opened in an attempt to clear the attic space. The roof was opened up externally to extinguish fire in the attic. A second alarm was called for and once extinguishment was complete it was ensured that no further fire spread was present and the structure was ventilated and turned over to members of the AACoFD FIB.



N 57°30'00" E  420.00'

S 32°30'00" E  210.00'

N 32°30'00" W  210.00'

EXISTING GRAVEL PARKING
PREVIOUSLY OVERQ

TOTAL AREA
EXISTING MAC/GRAVEL
PARKING= 12,850 SF

MAC/GRAVEL
PARKING

1 STORY
FRAME

PREVIOUS MAC D/W
NOW OUTDOOR
SEATING AREA

CHAIN LINK FENCE

WOOD FENCE

REVISED 'A'
1|5|18

S 57°30'00" W  420.00'

## FORT SMALLWOOD ROAD

THIS PLAT IS NOT INTENDED TO BE USED FOR
THE PURPOSE OF ESTABLISHING BOUNDARY
LINES!!!

THIS SURVEY WAS PREPARED WITHOUT BENEFIT
OF A TITLE REPORT.

▨ = CONCRETE

**GENERAL NOTES**
1). THIS PLAT IS OF BENEFIT TO THE CONSUMER
ONLY INSOFAR AS IT IS REQUIRED BY A LENDER OF A
TITLE INSURANCE COMPANY OR ITS AGENT IN
CONNECTION WITH A CONTEMPLATED TRANSFER,
FINANCING, OR RE-FINANCING.

2). THIS PLAT IS NOT TO BE USED OR RELIED UPON
FOR THE ESTABLISHMENT OR LOCATION OF FENCES,
GARAGES, BUILDINGS, OR ANY OTHER FUTURE
IMPROVEMENTS.

3). THIS PLAT DOES NOT PROVIDE FOR THE
ACCURATE IDENTIFICATION OF PROPERTY
BOUNDARY LINES. BUT SUCH IDENTIFICATION MAY
NOT BE REQUIRED FOR THIS TRANSFER OF TITLE OR
SECURING FINANCING OR RE-FINANCING.

**LOCATION DRAWING:**
I HEREBY CERTIFY THAT THE IMPROVEMENTS ARE LOCATED AS
SHOWN HEREON, AND TO THE BEST OF MY INFORMATION,
PROFESSIONAL KNOWLEDGE AND BELIEF, THERE ARE NO
ENCROACHMENTS EXCEPT AS SHOWN HEREON. AND THAT THE
IMPROVEMENTS APPEAR TO BE IN FLOOD ZONE C. THIS
SURVEY IS TO ESTABLISH THESE ABOVE GROUND
IMPROVEMENTS ONLY AND NOT INTENDED TO FIND
UNDERGROUND UTILITIES OR OTHER INSTALLATIONS. THE
LEVEL OF ACCURACY FOR THIS DRAWING IS
1' +/-

Walter T. Tydings                    Date
Property Line Surveyor # 150

### Schulte & Assoc. Inc.
4399 MOUNTAIN ROAD
PASADENA, MD 21122
PHONE: 410-360-9464
FAX: 410-360-0247

| Address: | Property Descriptio. |
|---|---|
| 9131 FORT SMALLWOOD RD. PASADENA, MD 21122 | LOCATION DRAWING OF 9131 FORT SMALLWOOD RD. PASADENA, MD 21122 |
| Date:10/05/09 | Job #:9376 | A.A.CO.MD |
| | | DEED REF # 6560/718 |

*Rv A*                                    *1·22·18*

```
IPD131C/MS3A        DISPLAY PERMIT INFORMATION    BUILDING PERM   OFFICE A
                    =========================     NBR B02348985  INIT STC1214
============PROPERTY==============            NXT B02348986
9131 FT SMALLWOOD RD              ==========CONTRACTOR/LICENSEE=============
PASADENA MD 21122                OWNER
TAX ACCT NBR 3000 - 9001 - 8604   XXXXXXXXXXXXXXXXXXX
SUBDIV: ROCK CREEK               XXXXXXX, XX 11111
TAX MAP   18    ACREAGE   2.000  PHONE      -          LIC # CTR  - 003157
BLOCK(ST) 01    LOT
PARCEL   0008   SECTION
DEED  06560-718  BLOCK
PR DESC:   2 ACRES
================================
ADC      -      TENANTS COCONUT CHARLIE'S
LOCATION  9129 FT SMALLWOOD RD
TYPE OF IMPROVEMENT:  DEM      TYPE OF USE:    RES
PROPOSED USE.....: DEMOLISH TO FOUNDATION
PROPSD WORK LINE1:
          LINE2: RVSD 1/5/18 (KM)
PERMIT DATES.....: APP: 09/08/17  ISS: 09/08/17  CMP:       EXP:
                   INT:                 ACTIVE VIOLATION EXISTS
CURRENT STATUS...: A  REV IND:   RNW:        PROJECT #: NO C/A
PF2=FWD  PF3=PROJ  PF4=INSP HIST  PF5=APPR  PF7=LIC  PF9=NEXT   PF12=EXIT
```

REV "A" COD= 1,050P PER SLS , SITE IS GRAVEL & PAVEMENT
SCOPE & REBUILD & DEAD WARNINGS

*Dawson Lamb 1/9/2018*

ABATES VIOLATION B 2017-529



**ANNE**
**ARUNDEL**
**COUNTY**
M·A·R·Y·L·A·N·D

Heritage Office 2664 Riva Road
Annapolis, Maryland 21401

**DEPARTMENT OF INSPECTIONS & PERMITS**
**STANDARD GRADING PLAN APPLICATION**

PERMIT APPLICATION CENTER 410-222-7720
EROSION & SEDIMENT CONTROL 410-222-7780

Rev'A

Tax Account Number 3000 9001-8604   Building Permit # B0848985

Subdivision Name (if applicable) Rock Creek   Lot _____ Block _____

Location 9131 Ft Smallwood Rd   Pasadena 21122
Number   Street   Post Office

Owner Ralph Jackson
Name

9131 Ft Smallwood Rd   Pasadena   21122
Address   Phone   State   Zip

Proposed Work Revise to Demo Building to Remove Roof
Walls + Ex wood Deck. Salvage Foundation As possible

Critical Area Designation N/A   Distance from water to disturbed area N/A ft.

Steepest slope disturbed 6 % Lot size 2acres   Area to be disturbed 1050 sq. ft.

I/we certify that I/we have the authority to make this application; that the proposed work is authorized by the owner in fee; that the information above is correct and that I/we have chosen this method to satisfy our sediment control obligation. I/we certify that the proposed construction meets the conditions and limitations established and contained in the Anne Arundel Soil Conservation District's Standard Sediment and Erosion Control Plan www.aacounty.org/IP/Resources/SGP.pdf; and I/we have the ability and will meet all the limitations and conditions set forth by said plan.

Applicant's Signature Brenda Garver   Date 1-4-2018

Applicant's Name (Please Print) Brenda GARVER
Company Name — If a Corporation

Approved – Compliance with the Standard Erosion Control Plan for Anne Arundel County, and:

☐ the attached Standard Plan becomes part of the building permit and is subject to any special conditions listed below.

☐ the attached Standard Plan allows for site grading without a separate grading permit and is subject to any special conditions listed below. Approval is granted for one year unless otherwise noted.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ Not Approved – Grading permit required. Site fails to meet the conditions as detailed in Anne Arundel Soil Conservation District Resolution 2010-5

Inspector Sharon Cook   1/9/2018
Sign and Print SHARON COOK   Date

SPECIAL CONDITIONS: _____

_____

Revised March 2012/jpr



N 57°30'00" E  420.00'

S 32°30'00" E  210.00'

N 32°30'00" W  210.00'

TOTAL AREA
EXISTING MAC/GRAVEL
PARKING= 12,850 SF

MAC/GRAVEL
PARKING

CHAIN LINK FENCE

WOOD FENCE

1 STORY
FRAME

PREVIOUS MAC DAY
NOW OUTDOOR
SEATING AREA

ReviA'
1.22.18

REVISED
1.5.18

'A'

80-2345 8495 (Gradina)

S 57°30'00" W  420.00'

FORT SMALLWOOD ROAD

THIS PLAT IS NOT INTENDED TO BE USED FOR
THE PURPOSE OF ESTABLISHING BOUNDARY
LINES!!!

THIS SURVEY WAS PREPARED WITHOUT BENEFIT
OF A TITLE REPORT.

▒▒▒▒▒ = CONCRETE

**GENERAL NOTES**

1). THIS PLAT IS OF BENEFIT TO THE CONSUMER
ONLY INSOFAR AS IT IS REQUIRED BY A LENDER OR
TITLE INSURANCE COMPANY OR ITS AGENT IN
CONNECTION WITH A CONTEMPLATED TRANSFER,
FINANCING, OR RE-FINANCING.

2). THIS PLAT IS NOT TO BE USED OR RELIED UPON
FOR THE ESTABLISHMENT OR LOCATION OF FENCES,
GARAGES, BUILDINGS, OR ANY OTHER FUTURE
IMPROVEMENTS.

3). THIS PLAT DOES NOT PROVIDE FOR THE
ACCURATE IDENTIFICATION OF PROPERTY
BOUNDARY LINES. BUT SUCH IDENTIFICATION MAY
NOT BE REQUIRED FOR THIS TRANSFER OF TITLE OR
SECURING FINANCING OR RE-FINANCING.

LOCATION DRAWING:
I HEREBY CERTIFY THAT THE IMPROVEMENTS ARE LOCATED AS
SHOWN HEREON, AND TO THE BEST OF MY INFORMATION,
PROFESSIONAL KNOWLEDGE AND BELIEF, THERE ARE NO
ENCROACHMENTS EXCEPT AS SHOWN HEREON. AND THAT THE
IMPROVEMENTS APPEAR TO BE IN FLOOD ZONE C. THIS
SURVEY IS TO ESTABLISH THESE ABOVE GROUND
IMPROVEMENTS ONLY AND NOT INTENDED TO FIND
UNDERGROUND UTILITIES OR OTHER INSTALLATIONS. THE
LEVEL OF ACCURACY FOR THIS DRAWING IS
1' +/-

Walter T. Tydings                          Date
Property Line Surveyor # 150

**Schulte & Assoc. Inc.**
4399 MOUNTAIN ROAD
PASADENA, MD 21122
PHONE: 410-360-9464
FAX: 410-360-0247

Address:
9131 FORT SMALLWOOD RD.
PASADENA, MD 21122

Property Description:

LOCATION DRAWING OF
9131 FORT SMALLWOOD RD
PASADENA, MD 21122
A.A.CO.MD
DEED REF # 6560/718

Date:10/05/09    Job #:9376

```
IPD131C/MS3A        DISPLAY PERMIT INFORMATION    BUILDING PERM  OFFICE A
                    =========================     NBR B02348985  INIT LED1253
============PROPERTY===============                NXT B02348986
9131 FT SMALLWOOD RD                     ===========CONTRACTOR/LICENSEE===========
PASADENA MD 21122                        OWNER
TAX ACCT NBR 3000 - 9001 - 8604          XXXXXXXXXXXXXXXXXXXX
SUBDIV: ROCK CREEK                       XXXXXXX, XX 11111
TAX MAP   18     ACREAGE     2.000       PHONE     -           LIC # CTR  - 003157
BLOCK(ST) 01     LOT
PARCEL    0008   SECTION
DEED   06560-718  BLOCK
PR DESC:     2 ACRES
==================================
ADC       -       TENANTS COCONUT CHARLIE'S
LOCATION  9129 FT SMALLWOOD RD
TYPE OF IMPROVEMENT:  DEM       TYPE OF USE:    RES
PROPOSED USE.....: DEMOLISH TO FOUNDATION,RVSD 1/5/18(KM),
PROPSD WORK LINE1: ADD DEMOLITION OF FOUNDATION-RV 4/18/16*LD*
          LINE2:
PERMIT DATES.....: APP: 09/08/17  ISS: 09/08/17  CMP:        EXP:
                   INT:                           ACTIVE VIOLATION EXISTS
CURRENT STATUS...: A  REV IND:     RNW:          PROJECT #:
PF2=FWD  PF3=PROJ  PF4=INSP HIST  PF5=APPR  PF7=LIC  PF9=NEXT    PF12=EXIT
```

LOD = 3,000  DEMO, SCOPE REBUILD WARNING.

Sharon Jacob 4/26/2018