IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: 1:19-CR-00438-RDB-1 |
| JAMIE CLEMONS | * | |
| * * * | | |

REQUEST FOR EXTENSION OF TIME TO FILE NAMES OF WITNESSES,
SYNOPSIS, LENGTH OF HEARING AND SENTENCING MEMORANDA

Now comes Jamie Clemons, Defendant, by Howard L. Cardin and Cardin & Gitomer, P.A. and David N. Mabrey, his attorneys and moves this Honorable Court to pass an Order extending the date for filing of Names of Witnesses, Synopsis, Length of Hearing and Sentencing Memoranda due on June 29, 2021 and for reasons says as follows:

1. That the Court initially advised Counsel that the Names of Witnesses, Synopsis, Length of Hearing and Sentencing Memoranda would be due by June 29, 2021.

2. That Jamie Clemons is being evaluated for mental health issues.

3. That although the interviewing and evaluation process have begun, the evaluation has not been completed; it is expected that the final interview will be held the week of June 28, 2021.

4. That Counsel for Jamie Clemons request a two-week extension of time to file the Names of Witnesses, Synopsis, Length of Hearing and Sentencing Memoranda.

WHEREFORE, Jamie Clemons, by Howard L. Cardin and Cardin & Gitomer, P.A. and David N. Mabrey, his attorneys, moves this Honorable Court to pass an Order

extending the time for the defense to file Names of Witnesses, Synopsis, Length of Hearing and Sentencing Memoranda until July 13, 2021.

/S/

_____
HOWARD L. CARDIN
Federal Bar No. 00459
309 Allegheny Avenue
Towson, MD  21204
410-727-3868
HLCardin@aol.com

/S/

_____
DAVID N. MABREY
Federal Bar No. 20191
8611 Fort Smallwood Road
Pasadena, MD  21122
443-848-2878
davidnmabreylaw@gmail.com

Attorneys for Defendant

CERTIFICATE OF MAILING

I hereby certify that on this 25th day of June, 2021, I filed the above electronically with the Clerk of the United States District Court using CM/ECF with copies to all counsel of record.

/S/

_____
HOWARD L. CARDIN