**CARDIN & GITOMER, P.A.**

ATTORNEYS AT LAW

309 ALLEGENY AVENUE

TOWSON, MARYLAND 21204

HOWARD L. CARDIN
JAMES J. GITOMER*
*ADMITTED IN MD AND NV

JAN H.K. CARDIN,
OF COUNSEL

AREA CODE 410
727-3868
FAX 783-0572

June 28, 2021

Honorable Richard D. Bennett
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

                RE: United States of America v. Jamie Clemons
                     Criminal No.: 1:19-CR-00438-RDB-1

Dear Judge Bennett:

    The Court having granted the Defense request for extension of time to file Names of Witnesses, Synopsis, Length of Hearing and Sentencing Memoranda for which we are greatly appreciative, a conflict with the Scheduling Order seems to have arisen. We have communicated with Government attorneys and we propose the following:

    We suggest that the Scheduling Order be rescinded and that a status report should be submitted to the Court on or before July 26, 2021. At that time a new Scheduling Order can be executed.

    This suggestion has been reviewed by Government attorneys and has their approval.

    We all thank you for your consideration.

                          Very truly yours,

                          Howard L. Cardin

HLC/tdm

cc:   David N. Mabrey, Esq.
       Mary Setzer, AUSA
       Judson Mihok, AUSA