## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**Chambers of**  
Richard D. Bennett  
United States District Judge  
Northern Division

U.S.Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel:  410-962-3190  
Fax: 410-962-3177

June 29, 2021

TO COUNSEL OF RECORD

RE:   *USA v. Jamie Clemons*  
<u>Criminal No. RDB-19-0438</u>

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

**Sentencing:**       October 28, 2021  at 11:00 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett  
United States District Judge

RDB/klf#