IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | | Criminal No. RDB-19-438 |
| v. | * | |
| JAMIE CLEMONS | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S PETITION TO VACATE, SET ASIDE, OR CORRECT A
SENTENCE**

The United States of America respectfully requests an additional 45 days to respond to the Defendant's Petition to vacate, set aside, or correct a sentence, under 28 U.S.C. § 2255, and states as follows:

1. On May 4, 2023, the Defendant, pro se, filed a petition to vacate, set aside, or correct a sentence, under 28 U.S.C. § 2255. ECF No. 191. On May 10, 2023, the Court entered an Order directing the United States to respond to the Defendant's motion within 60 days. ECF No. 192. On July 12, 2023, the Defendant moved to amend his Section 2255 petition. ECF No. 195. On August 9, 2023, the Court granted the motion to amend and ordered the government to respond within 60 days. ECF No. 196. On October 12, 2023 the Defendant filed a "Motion for Summary Judgement," ECF No. 197, and on November 30, 2023, the Defendant filed another supplement to his Section 2255 petition, fashioned as a "Request for Sanctions." ECF No. 198.

2. Undersigned counsel has been assigned to respond to the Defendant's petition and respectfully requests an additional 45 days to file a response brief. This case involves a lengthy procedural history. Government counsel previously entered in this case are no longer with the U.S. Attorney's Office for the District of Maryland.

3. Undersigned counsel requests an extension of time to file a response brief to allow sufficient time for counsel to familiarize himself with the procedural history and the facts of this case. Counsel also requests and extension in light of counsel's current workload and his responsibilities in on-going investigations.

4. The Defendant is incarcerated and filed his motion *pro se*. The United States is unable to determine whether the Defendant consents or objects to this request.

5. A proposed Order is attached for the Court's convenience.

**WHEREFORE**, the United States respectfully requests the Court grant this Motion and extend the deadline for the government to file a Response to the Defendant's motion pursuant to Section 2255 to March 14, 2024.

 Respectfully submitted,

 Erek L. Barron
 United States Attorney

By: /s/ Ari Evans
 Ari Evans
 Assistant United States Attorney
 36 S. Charles Street, 4th Floor
 Baltimore, Maryland 21201
 Tel.: (410) 209-4800
 Fax: (410) 962-3124
 Ariel.Evans@usdoj.gov

Dated: January 29, 2024

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, a copy of the foregoing Motion for Extension of Time was filed by CM/ECF and on January 30, 2024 it was served by first-class, postage prepaid mail to:

Jamie Clemons, #64965-037
FCI Cumberland
Federal Correctional Institution
14601 Burbridge Road SE
Cumberland, MD 21502

                                                      /s/
                                          Ari Evans
                                          Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **Criminal No. RDB-19-438** |
| **v.** | * | |
| **JAMIE CLEMONS** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Having considered the government's motion for extension of time, the Court concludes that there is good cause to grant an extension. IT IS HEREBY ORDERED that:

a. The motion is GRANTED;

b. The government shall have until March 14, 2024 to file its response to Defendant's petition to vacate, set aside, or correct a sentence, under 28 U.S.C. § 2255; and

c. The Clerk's Office is directed to mail a copy of this Order to the Defendant.

It is so ORDERED this _____ day of _____, 2024.

_____
The Honorable Richard D. Bennett
United States District Judge